(Official Form 1) (10/05)

**FORM B1**

### United States Bankruptcy Court
### Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jadco Research & Engineering, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **36-3019750** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4006 N. Nashville Ave.**<br>**Chicago, IL**          ZIPCODE **60634** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):          ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)          ZIPCODE | Mailing Address of Joint Debtor (if different from street address):          ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIPCODE | |

| Type of Debtor (Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3) | ☑ Chapter 7     ☐ Chapter 11     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9     ☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Nature of Debts** (Check one box)
☐ Consumer/Non-Business     ☑ Business

| Filing Fee (Check one box) | Chapter 11 Debtors: |
|---|---|
| ☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

© 1993-2006 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

(Official Form 1) (10/05)

FORM B1, Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Jadco Research & Engineering, Inc.** |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                          Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property

*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**VOLUNTARY PETITION**

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1) (10/05)                                                                                                    **FORM B1**, Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Jadco Research & Engineering, Inc.** |
|---|---|

| **Signatures** ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

(Check one box only)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **/s/ Thomas W. Drexler**
Signature of Attorney for Debtor(s)

**Thomas W. Drexler 03121682**
Printed Name of Attorney for Debtor(s)

**Thomas W. Drexler Law Office Of Thomas W. Drexler**
Firm Name

**77 W. Washington Street - Suite 1910**
Address

**Chicago, IL  60602**

**(312) 726-7335**
Telephone Number

**February  2, 2006**
Date

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Arnold D. Jackson**
Signature of Authorized Individual

**Arnold D. Jackson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  2, 2006**
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**VOLUNTARY PETITION**

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                              Case No. _____

**Jadco Research & Engineering, Inc.** _____   Chapter **7** _____

_____ Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $  0.00 | | |
| B - Personal Property | Yes | 3 | $  314,976.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $  25,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | $  701,186.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $  2,220,107.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 23 | $  314,976.00 | $  2,946,293.81 | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                          Case No. _____

**Jadco Research & Engineering, Inc.** _____   Chapter **7** _____
<br>Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,726.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,726.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **Legal services through meeting of creditors**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Contested matters and adversary matters**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**February 2, 2006**_____         **/s/ Thomas W. Drexler**
<br>Date                                              Signature of Attorney

**Thomas W. Drexler Law Office Of Thomas W. Drexler**
<br>Name of Law Firm

---

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jadco Research & Engineering, Inc.** _____   Case No. _____
Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTORS INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | **TOTAL** | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE **Jadco Research & Engineering, Inc.** _____   Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **American Charter, Checking** | | **100.00** |
| | | **Charter One Bank, Checking** | | **12,000.00** |
| | | **Chase Bank, Checking** | | **6,000.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **1995 Computer** | | **0.00** |
| | | **Computer Desk, 2 larger deks, 2 drafting boards, 2 folding chairs, 2 or 3 upholstered chairs, 2 small desks, shelving** | | **500.00** |
| | | **Copy Machine, fax machine** | | **200.00** |
| | | **Portable Lift** | | **300.00** |
| | | **Two Ribar Tieing Machines** | | **2,600.00** |
| | | **Two wood ladders** | | **200.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(3). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2006 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE **Jadco Research & Engineering, Inc.**                     Case No. _____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim against Sherrie K and Castle Construction for problems on Chicago State University job. | | unknown |
| | | Counterclaim against Stutz plumbing, estimate of damages, undiscounted for liability or collectibility | | 60,000.00 |
| | | Estimated markup payments due from Heatmasters | | 500.00 |
| | | Estimated payments due from Great Lake Plumbing, amount represents 5% markup of gross purchases | | 1,000.00 |
| | | Payment due from Northwoods, amount is estimated 3% markup of gross purchases | | 20,000.00 |
| | | Payments due from Ersco, additional $18,000 payable for Steel purchase. | | 576.00 |
| | | Payments due from Sjostrom & Sons, Winebago Justice Center Construction, subject to set off for possible equivalent wage and union benefit claims | | 195,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Chevy Impala | | 8,000.00 |
| | | 2003 GMC Pickup | | 8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |

SCHEDULE B - PERSONAL PROPERTY

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jadco Research & Engineering, Inc.**                    Case No. _____
_____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

TOTAL     **314,976.00**

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

**SCHEDULE B - PERSONAL PROPERTY**

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jadco Research & Engineering, Inc.**                                   Case No. _____
                          Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $125,000.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE **Jadco Research & Engineering, Inc.** _____   Case No. _____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL .......... UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2003 Chevy Impala** | | | | |
| **First Bank & Trust Of Evanston** **820 Church Street** **Evanston, IL  60201** | | | | | | | **14,000.00** |
| | | | Value $       **8,000.00** | | | | **6,000.00** |
| Account No. | | | **2003 GMC Pickup** | | | | |
| **Harris Bank** **P.O. Box 94034** **Palatine, IL  60094** | | | | | | | **11,000.00** |
| | | | Value $       **8,000.00** | | | | **3,000.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| | | | Value $ | | | | |

_____ **0** continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | **25,000.00** |
| (Use only on last page of the completed Schedule D)  **TOTAL** | **25,000.00** |

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

**IN RE** Jadco Research & Engineering, Inc.                                    Case No. _____
                        Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** continuation sheets attached

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

IN RE **Jadco Research & Engineering, Inc.** _____   Case No. _____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Contributions to employee benefit plans
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Int'l Assoc. Of Bridge, Structural, Orna Iron Workers Local 393 1901 Selmarten Rd. Aurora, IL 60505** | | | **Union Benefits** | | | | **0.00** |
| Account No. **05 C 3772** <br> **Iron Workers Mid America Pension Fund, MidAmerica Supp. Mo. Ann. Fund, TriState 2350 E. 170th St. Lansing, IL 60438** | | | **Judgement for Union Benefits owed** | | | | **95,447.00** <br><br> **95,447.00** |
| Account No. <br> **Laborer's Pension Fund And Health & Welfare Dept. Of The Construction 11465 Cermak Rd. Westchester, IL 60154** | | | **Union benefits** | | | | **1,483.00** <br><br> **1,483.00** |
| Account No. <br> **Local 498 Ironworkers 5640 Sockness Drive Rockford, IL 61109** | | | **Union benefits owed** | | | | **275,733.00** <br><br> **275,733.00** |
| Account No. <br> **Local One Labor Union 7700 W. Industrial Drive Forest Park, IL 60130** | | | **Union Benefits** | | | | **0.00** |
| Account No. <br> **Sheet Metal Workers Local 73 Fringe Benefits Funds PO Box 94404 Chicago, IL 60690** | | | **Union Benefit** | | | | **17,323.00** <br><br> **17,323.00** |

Sheet no. ___**1**___ of ___**2**___ sheets attached to Schedule of Creditors   Subtotal
Holding Priority Claims   (Total of this page)   **389,986.00**

(Use only on last page of the completed Schedule E)   **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

IN RE **Jadco Research & Engineering, Inc.**                                    Case No. _____
                            Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Illinois Department Of Revenue**<br>**Springfield, IL  62756** | | | **Form 841, 4th quarter 2006, 1st quarter 2006, Unemployment, withholding (estimated)** | | | | 10,000.00<br><br>10,000.00 |
| Account No.<br>**Internal Revenue Service A-K**<br>**230 S. Dearborn Street - Stop 5016**<br>**Chicago, IL  60604** | | | **3rd and 4th quarter 2005, 1st quarter 2006, Form 941, Unemployment, withholding (estimated)** | | | | 300,000.00<br><br>300,000.00 |
| Account No.<br>**Wisconsin Dept Of Revenue**<br>**P.O. Box 93931**<br>**Milwaukee, WI  53293-0931** | | | **4th Quarter 2005, 1st Quarter 2006, Withholding, employee income (estimated)** | | | | 1,200.00<br><br>1,200.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal (Total of this page)     311,200.00

(Use only on last page of the completed Schedule E)  **TOTAL**     701,186.00
(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

IN RE **Jadco Research & Engineering, Inc.** _____  Case No. _____
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITORS' NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Action Mobile Industries**<br>**1642 Paysphere Circle**<br>**Chicago, IL  60674** | | | **Trailer rental** | | | | **173.00** |
| Account No.<br>**Advantage Payroll Services**<br>**PO Box 12020**<br>**Lewiston, ME  04243** | | | **Payroll services** | | | | **861.50** |
| Account No.<br>**Air Products Equipment Company**<br>**1555 St. Louis Ave.**<br>**Elk Grove Village, IL  60007** | | | **Equipment purchase, to be paid by third party** | | | | **9,696.10** |
| Account No.<br>**Airgas-North Center**<br>**10 W. 4th Street**<br>**Waterloo, IA  50703** | | | **Tank supplies** | | | | **1,074.00** |
| Account No.<br>**American International Companies**<br>**AIG**<br>**PO Box 409**<br>**Parsippany, NJ  07054-0409** | | | **Pending insurance** | | | | **0.00** |

___**9** continuation sheets attached

Subtotal
(Total of this page)   **11,804.60**

(Use only on last page of the completed Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Jadco Research & Engineering, Inc.**                                                    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arnold Jackson**<br>**123 W. 5th Street**<br>**Hinsdale, IL  60521** | | | **Loan of money (loan and bond guarantees not included)** | | | | **30,000.00** |
| Account No.<br><br>**Berlands House Of Tools**<br>**2530 Centre Circle Dr.**<br>**Downers Grove, IL  60515** | | | **Supplies** | | | | **747.71** |
| Account No.<br><br>**Bornquist, Inc.**<br>**7050 N. Lehigh Ave.**<br>**Chicago, IL  60646** | | | **Equipment, payment due from third party** | | | | **16,088.02** |
| Account No.<br><br>**Briski Industrial**<br>**5919 S. Archer Ave.**<br>**Chicago, IL  60638** | | | **Supplies** | | | | **452.91** |
| Account No.<br><br>**Burke Excavating**<br>**8 N. 875 Corron Rd.**<br>**Elgin, IL  60123** | | | **Claim for services, not ordered by debtor** | | | X | **106,470.00** |
| Account No.<br><br>**Carrier Corp.**<br>**PO Box 905303**<br>**Charlotte, NC  28290** | | | **Air conditioner purchase, third party liable** | | | | **0.00** |
| Account No.<br><br>**Carrol Distrib. And Construction Supply**<br>**205 S. Iowa Ave.**<br>**Ottumwa, IA  52501** | | | **Supllies** | | | | **453.46** |

Sheet no. _____**1**_ of _____**9**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **154,212.10**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2006 EZ-Filing, Inc.[1-800-998-2424] - Forms Software Only

IN RE **Jadco Research & Engineering, Inc.** _____ Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Charles Locker**<br>**5901 N. Cicero, Suite 101**<br>**Chicago, IL  60646** | | | legal services | | | | 6,451.00 |
| Account No.<br>**Chase**<br>**P.O. Box 9001008**<br>**Louisville, KY  40290** | X | | Line of Credit | | | | 100,747.55 |
| Account No.<br>**Chicago Tube & Iron**<br>**PO Box 52463**<br>**Chicago, IL  60675** | | | Supplies, payable by Great Lakes | | | | 14,173.47 |
| Account No.<br>**Citibusiness Platinum Select Card**<br>**Citibusiness Card**<br>**PO Box 6309**<br>**The Lakes, NV  88901-6309** | | | Business expense, credit card purchases | | | | 6,776.31 |
| Account No.<br>**Columbia Pipe & Supply Co.**<br>**1209 Paysphere Circle**<br>**Chicago, IL  60674** | | | Supplies, payable by third party | | | | 34,719.92 |
| Account No.<br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL  60668** | | | Electric Services | | | | 100.00 |
| Account No.<br>**CW Olson & Co.**<br>**414 N. Orleans, Suite 303**<br>**Chicago, IL  60610** | | | Bond $100,000 payable toward union benefits, if called | | | | 0.00 |

Sheet no. _____**2**__ of _____**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **162,968.25**

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2006 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Jadco Research & Engineering, Inc.**                                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Dennen & Simons** 9701 W. Higgins Rd. Des Plaines, IL  60018 | | | Accounting services | | | | 1,856.00 |
| Account No. **Ersco Construction/Paving** PO Box 63912 Cincinatti, OH  45263 | | | Services, payable by 3rd party | | | | 59,569.01 |
| Account No. **Falson Supply Co.** PO Box 158 Franklin Park, IL  60131 | | | | | | | 1,767.84 |
| Account No. **Fed Ex** PO Box 94515 Palatine, IL  60094-4515 | | | Delivery services | | | | 335.68 |
| Account No. **Fluid Air Products** 7505 Plaza Court Willowbrook, IL  60027 | | | Services and Material, payable by 3rd party | | | | 59,988.31 |
| Account No. **G & O Thermal Supply Company** 5435 Northwest Hwy Chicago, IL  60630 | | | Supplies, payable by 3rd party | | | | 2,498.29 |
| Account No. **Gerdau Ameisteel** 2080 Payshere Circle 60674, IL | | | Material purchase | | | | 8,196.78 |

Sheet no. _____**3**_____ of _____**9**_____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **134,211.91**

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2006 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE <u>Jadco Research & Engineering, Inc.</u>                          Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** Grainger 3240 Mannheim Rd. Franklin Park, IL 60131-1532 | | | Misc. supplies | | | | 1,653.00 |
| **Account No.** Groot 2500 Ladnemeier Elk Grove, IL 60007 | | | Scavenger services | | | | 85.00 |
| **Account No.** H-O-H Chemicals Inc. PO Box 487 Palatine, IL 60078 | | | Supplies, Payable by third party | | | | 8,053.21 |
| **Account No.** Hatchell & Associates, Inc. 414 W. Fullerton Ave. Elmhurst, IL 60126 | | | Material, Payable by third party | | | | 7,817.23 |
| **Account No.** Hilit PO Box 21148 Tulsa, OK 74121 | | | Ribar Ties | | | | 267.00 |
| **Account No.** Hillco Distributing Co. 1501 W. Kingsbury Chicago, IL 60622 | | | Material, Payable by third party | | | | 817.50 |
| **Account No.** Image Systems And Business Solutions 1090 National Pkwy Schaumburg, IL 60173-4572 | | | Copy Services | | | | 244.06 |

Sheet no. ____4____ of ____9____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,937.00**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2006 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Jadco Research & Engineering, Inc.** _____ Case No. _____
             Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Irmico Inc.** <br> **610 Estes Ave.** <br> **Schaumburg, IL  60193** | | | Supplies, Payable by third party | | | | 2,525.00 |
| Account No. <br><br> **K & L Supply Co. Inc.** <br> **6250 Church Rd.** <br> **Hanover Park, IL  60133** | | | Supplies | | | | 177.25 |
| Account No. <br><br> **Linear Electric Inc.** <br> **15346 S. 70th** <br> **Orland Park, IL  60462** | | | Electric Services | | | X | 1,629.10 |
| Account No. <br><br> **Metro Resource Investments & Mgmt** <br> **4069 Joseph Dr., Ste B3** <br> **Waukegan, IL  60087** | | | Rent | | | | 0.00 |
| Account No. <br><br> **Metropolitan Fire Protection** <br> **175 Fordon Street** <br> **Elk Grove Village, IL  60007** | | | Equipment Services | | | | 153,039.47 |
| Account No. <br><br> **Metropolitan Industries** <br> **37 Forestwood Dr.** <br> **Romeoville, IL  60446** | | | Material, Supplies, Payable by third party | | | | 32,560.00 |
| Account No. <br><br> **Multiple Concrete Accessories Corp.** <br> **20294 N. Rand Rd.** <br> **Palatine, IL  60074** | | | Supplies | | | | 0.00 |

Sheet no. _____**5**_____ of _____**9**_____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **189,930.82**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2006 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Jadco Research & Engineering, Inc.** _____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Nadig Newspapers**<br>**4937 N. Milwaukee Ave.**<br>**Chicago, IL 60630** | | | Advertising | | | | 0.00 |
| Account No.<br>**Nancy Fregin**<br>**PO Box 1326**<br>**Palatine, IL 60078** | | | Loan of money 1994 | | | | 1,800.00 |
| Account No.<br>**National Automatic Sprinkler Industry**<br>**8000 Corporate Drive**<br>**Landover, MD 20785** | | | Supplies | | | | 0.00 |
| Account No.<br>**National Plumbing & Heating Supply Co.**<br>**5740 N. Tripp Ave.**<br>**Chicago, IL 60646** | | | Equipment, Supplies, Payable by third party | | | | 51,398.21 |
| Account No.<br>**Offenloch Mechanicaal Inc.**<br>**4010 N. Nashville Ave.**<br>**Chicago, IL 60634** | | | Maintenance | | | | 130.00 |
| Account No.<br>**Peoples Energy**<br>**Peoples Gas**<br>**130 E. Randolph**<br>**Chicago, IL 60601** | | | Gas Services | | | | 0.00 |
| Account No.<br>**Porter Pipe & Supply**<br>**35049 Eagle Way**<br>**Chicago, IL 60678** | | | Supplies, Payable by third party | | | | 4,561.65 |

Sheet no. _____**6**__ of _____**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **57,889.86**

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Jadco Research & Engineering, Inc.                          Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Equipment, Payable by third party | | | | |
| Precision Control Systems Of Chicago 650 Wheat Lane Wood Dale, IL  60191 | | | | | | | 131,338.65 |
| Account No. | | | Insurance Service | | | | |
| Premium Financing Specialists 455 S. 4th St., Starks Building Louisville, KY  40202 | | | | | | | 1,683.00 |
| Account No. | | | Office Supplies | | | | |
| Quill PO Box 94061 Palatine, IL  60094 | | | | | | | 176.52 |
| Account No. | | | Equipment | | | | |
| RKD Construction Supplies & Equipment 11633 W. Grand Ave Northlake, IL  60184 | | | | | | | 2,255.00 |
| Account No. | | | Supplies | | | | |
| Rockford Industrial Supply PO Box 5404 Rockford, IL  61125 | | | | | | | 243.00 |
| Account No. | | | Phone Bill | | | | |
| SBC P.O. Box 5072 Saginaw, MI  48605 | | | | | | | 150.00 |
| Account No. | | | Equipment Purchase, Payment due from third party | | | | |
| Temperature Equipment Corporation 17725 Volbrecht Rd. Lansing, IL  60438 | | | | | | | 347,192.58 |

Sheet no. _____7_____ of _____9_____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    483,038.75

(Complete only on last sheet of Schedule F)  TOTAL  _____
(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**IN RE** Jadco Research & Engineering, Inc.  Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Theresa Johnson<br>200 E. Chicago, Suite 200<br>Westmont, IL 60559 | | | Legal Services | | | | 800.00 |
| Account No.<br>Trane<br>3600 Pammel Creek Rd.<br>La Crosse, WI 54601 | | | Equipment, Payable by third party | | | | 18,420.11 |
| Account No.<br>Tyco Fire Products<br>PO Box 371157<br>Pittsburgh, PA 15251 | | | Supplies, Payable by third party | | | | 847.12 |
| Account No.<br>United Parcel Service<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | | | | | | | 0.00 |
| Account No.<br>Vesco<br>940 N. Addison<br>Elmhurst, IL 60126 | | | | | | | 3,703.00 |
| Account No.<br>Webster Sheet Metal Fabricators Inc.<br>C/O Mayer, Brown, Rowe & Maw<br>71 S. Wacker Dr.<br>Chicago, IL 60606 | | | Material & Labor, Claim, Debtor defended by third party | | | X | 84,145.30 |
| Account No.<br>Westside Mechanical, Inc.<br>2007 Corporate Lane<br>Naperville, IL 60563 | | | 2004-2005 Labor and Material Charges | | | | 229,541.42 |
| | | | Subtotal<br>(Total of this page) | | | | 337,456.95 |
| | | | (Complete only on last sheet of Schedule F) **TOTAL** | | | | |

Sheet no. _____**8**___ of _____**9**____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc (1-800-998-2424) - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**IN RE** <u>Jadco Research & Engineering, Inc.</u>_____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wilco Distributing Co.**<br>**1501 N. Kingsbury**<br>**Chicago, IL  60622** | | | **Supplies, Equipment, to be paid by third party** | | | | **32,914.44** |
| Account No.<br><br>**York International Co.**<br>**Unitary Products Group**<br>**PO Box 601390**<br>**Charlotte, NC  28260-1390** | | | **Supplies, Equipment payable by third party** | | | | **1,459.87** |
| Account No.<br><br>**Zonatherm**<br>**251 Holbrook**<br>**Wheeling, IL  60050** | | | **Equipment, payable by third party** | | | | **80,830.71** |
| Account No.<br><br>**Zurich**<br>**3072 Paysphere Circle**<br>**Chicago, IL  60674** | | | **Claimed additional premium due afer audit** | | | X | **554,452.55** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. ____**9**____ of ____**9**____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **669,657.57**

(Complete only on last sheet of Schedule F)  **TOTAL**    **2,220,107.81**
(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Jadco Research & Engineering, Inc.** _____ Case No. _____
<u>Debtor(s)</u>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **F. H. Paschen**<br>C/O Edward J. Burke<br>70 W. Madison, Suite 4300<br>Chicago, IL 60602 | **O'Hare Construction Project** |
| **Great Lakes Heating And Plumbing**<br>4521 W. Diversey<br>Chicago, IL 60639 | **Prentiss Hospital Project** |
| **Metro Resource Investments & Mgmt**<br>4069 Joseph Dr., Ste B3<br>Waukegan, IL 60087 | **Rental Space for Business** |
| **A & L**<br>P.O. Box 0339<br>N.Aurora, IL 60542 | **Sullivan Road Bridge** |
| **Sjostrom & Sons, Inc.**<br>1129 Harrison<br>Rockford, IL 61125 | **Winnebago Justice Center, Construction Project** |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Jadco Research & Engineering, Inc.</u>                              Case No. _____
                           Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Arnold Jackson**<br>**123 W. 5th Street**<br>**Hinsdale, IL  60521** | **Chase**<br>**P.O. Box 9001008**<br>**Louisville, KY  40290** |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jadco Research & Engineering, Inc. _____   Case No. _____
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that
(Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.


Date: _____   Signature: _____
Debtor


Date: _____   Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____

Address

_____   _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:


If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Jadco Research & Engineering, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **24** sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)


Date: **February  2, 2006** _____   Signature: ***/s/ Arnold D. Jackson***

**Arnold D. Jackson**
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

DECLARATION CONCERNING DEBTOR'S SCHEDULES

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Jadco Research & Engineering, Inc. _____    Chapter **7** _____
                              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE
700,000.00  July 2005 - Jan 2006, Operations
Estimated
1,000,000.00  July 2004 - June 2005
Plus Estimated
7,155,000.00  July 2003 - June 2004
Estimated

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Local 393<br>1901 Salmarten Rd.<br>Aurora, IL  60505 | | 68,018.53 | 0.00 |
| Air Products Equipment Company<br>1555 St. Louis Ave.<br>Elk Grove Village, IL  60007 | | 28,700.00 | 0.00 |
| Internal Revenue Service A-K<br>230 S. Dearborn Street - Stop 5016<br>Chicago, IL  60604 | | 90,000.00 | 0.00 |
| Schram Floor Covering | | 76,970.00 | 0.00 |
| Metropolitan Fire Protection<br>175 Fordon Street<br>Elk Grove Village, IL  60007 | | 134,100.00 | 0.00 |
| Phoenix Air | | 15,916.80 | 0.00 |
| Illinois Department Of Revenue<br>Springfield, IL  62756 | | 12,781.63 | 0.00 |
| American International Companies<br>AIG<br>PO Box 409<br>Parsippany, NJ  07054-0409 | | 9,404.00 | 0.00 |
| Local 498<br>5640 Sockness Drive<br>Rockford, IL  61109 | | 86,677.39 | 0.00 |
| CW Olson & Co.<br>414 N. Orleans, Suite 303<br>Chicago, IL  60610 | | 11,000.00 | 0.00 |

None ☐   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Arnold Jackson<br>123 W. 5th Street<br>Hinsdale, IL  60521<br>**Wages to Arnold Jackson** | **$2,000 Debt Repayment 10/27/05**<br>**SEE BELOW** | 2,000.00 | 0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ironworkers Mid-America** | **Collection** | **Northern District of Illinois** | **Pending** |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

| | | | |
|---|---|---|---|
| Pension Fund, et. al. vs. Jadco Research & Engineering, Inc., Case No. 05 C 3772, File No. N6871 | | | |
| Sheet Metal Worker's International Association Local Union No. 73 vs. Chicago Public Schools, 05 CH 21531 | Collection | Northern District of Illinois | Pending |
| Stutz Plumbing vs. Jadco, Case No. 04M4-00156 | Claim/Counter-Claim | Fourth Municipal District | Pending |

© 1993-2006 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Theft of Tools from Trailer | Rockford Job | January 2006 |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Thomas W. Drexler Law Office Of Thomas W. Drexler 77 W. Washington, Suite 1910 Chicago, IL  60602 | January 2006 | 3,726.00 |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**STATEMENT OF FINANCIAL AFFAIRS**

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Metropolitan Fire Protection Inc. | American Charter Bank Account held for Metropolitan Fire Inc. | |

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2006 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**18. Nature, location and name of business**

None ☑    *a. If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                 DATES SERVICES RENDERED

**Dennis & Simon
Rosemont, IL**

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                 DATES SERVICES RENDERED

**Zurich Insurance Co.**

**Sheet Metal Workers Local 73
C/O Daley & George
20 S. Clark Street, Ste. 400
Chicago, IL  60603**

**Local 393
1901 Salmarten Rd.
Aurora, IL  60505**

**Local One Ironworkers**

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

**Jadco
4006 N. Nashville Ave.
Chicago, IL  60634**

**Dennis & Simon
Rosemont, IL**

None ☐    d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                 DATE ISSUED

**Bank One
C/O Plaza Associates
JAF Station, P.O. Box 2769**

STATEMENT OF FINANCIAL AFFAIRS

© 1993-2006 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

New York, NY  10116-2769

---

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Arnold D. Jackson | | 99% |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

---

None ☑    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Arnold D. Jackson** | | **Wages paid to Arnold D. Jackson, approximately $44,310 plus 2006** |

## 24. Tax Consolidation Group

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2006 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **February  2, 2006** _____    Signature: ___*/s/ Arnold D. Jackson*_____


**Arnold D. Jackson, President** _____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0**  continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

Jadco Research & Engineering, Inc._____      Chapter **7**_____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **88**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **February  2, 2006**_____      */s/ Arnold D. Jackson*_____
                                           Debtor


                                           _____
                                           Joint Debtor

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

Jadco Research & Engineering, Inc.
4006 N. Nashville Ave.
Chicago, IL  60634

Bornquist, Inc.
7050 N. Lehigh Ave.
Chicago, IL  60646

Citibusiness Platinum Select Card
Citibusiness Card
PO Box 6309
The Lakes, NV  88901-6309

Thomas W. Drexler
Law Office Of Thomas W. Drexler
77 W. Washington Street - Suite 1910
Chicago, IL  60602

Briski Industrial
5919 S. Archer Ave.
Chicago, IL  60638

Columbia Pipe & Supply Co.
1209 Paysphere Circle
Chicago, IL  60674

A & L
P.O. Box 0339
N.Aurora, IL  60542

Burke Excavating
8 N. 875 Corron Rd.
Elgin, IL  60123

ComEd
Bill Payment Center
Chicago, IL  60668

Action Mobile Industries
1642 Paysphere Circle
Chicago, IL  60674

Carrier Corp.
PO Box 905303
Charlotte, NC  28290

CW Olson & Co.
414 N. Orleans, Suite 303
Chicago, IL  60610

Advantage Payroll Services
PO Box 12020
Lewiston, ME  04243

Carrol Distrib. And Construction Supply
205 S. Iowa Ave.
Ottumwa, IA  52501

Daley & George
20 S. Clark Street, Ste. 400
Chicago, IL  60603

Air Products Equipment Company
1555 St. Louis Ave.
Elk Grove Village, IL  60007

Charles Locker
5901 N. Cicero, Suite 101
Chicago, IL  60646

Dennen & Simons
9701 W. Higgins Rd.
Des Plaines, IL  60018

Airgas-North Center
10 W. 4th Street
Waterloo, IA  50703

Chase
P.O. Box 9001008
Louisville, KY  40290

Ersco Construction/Paving
PO Box 63912
Cincinatti, OH  45263

American International Companies
AIG
PO Box 409
Parsippany, NJ  07054-0409

Chicago District Council Of Carpenters
PO Box 94432
Chicago, IL  60690

F. H. Paschen
C/O Edward J. Burke
70 W. Madison, Suite 4300
Chicago, IL  60602

Arnold Jackson
123 W. 5th Street
Hinsdale, IL  60521

Chicago Journeyman Plumbers
Local 93
1349 W. Washington Blvd.
Chicago, IL  60607

Falson Supply Co.
PO Box 158
Franklin Park, IL  60131

Berlands House Of Tools
2530 Centre Circle Dr.
Downers Grove, IL  60515

Chicago Tube & Iron
PO Box 52463
Chicago, IL  60675

Fed Ex
PO Box 94515
Palatine, IL  60094-4515

First Bank & Trust Of Evanston
820 Church Street
Evanston, IL  60201

Hillco Distributing Co.
1501 W. Kingsbury
Chicago, IL  60622

Linear Electric Inc.
15346 S. 70th
Orland Park, IL  60462


Fluid Air Products
7505 Plaza Court
Willowbrook, IL  60027

Illinois Department Of Revenue
Springfield, IL  62756

Local 498 Ironworkers
5640 Sockness Drive
Rockford, IL  61109


G & O Thermal Supply Company
5435 Northwest Hwy
Chicago, IL  60630

Image Systems And Business Solutions
1090 National Pkwy
Schaumburg, IL  60173-4572

Local One Labor Union
7700 W. Industrial Drive
Forest Park, IL  60130


Grainger
3240 Mannheim Rd.
Franklin Park, IL  60131-1532

Int'l Assoc. Of Bridge, Structural, Orna
Iron Workers Local 393
1901 Selmarten Rd.
Aurora, IL  60505

Metro Resource Investments & Mgmt
4069 Joseph Dr., Ste B3
Waukegan, IL  60087


Great Lakes Heating And Plumbing
4521 W. Diversey
Chicago, IL  60639

Internal Revenue Service A-K
230 S. Dearborn Street - Stop 5016
Chicago, IL  60604

Metropolitan Fire Protection
175 Fordon Street
Elk Grove Village, IL  60007


Groot
2500 Ladnemeier
Elk Grove, IL  60007

Irmico Inc.
610 Estes Ave.
Schaumburg, IL  60193

Metropolitan Industries
37 Forestwood Dr.
Romeoville, IL  60446


H-O-H Chemicals Inc.
PO Box 487
Palatine, IL  60078

Iron Workers Local 448
5640 Sockness Dr.
Rockford, IL  61109

Multiple Concrete Accessories Corp.
20294 N. Rand Rd.
Palatine, IL  60074


Harris Bank
P.O. Box 94034
Palatine, IL  60094

Iron Workers Mid America Pension Fund,
MidAmerica Supp. Mo. Ann. Fund, TriState
2350 E. 170th St.
Lansing, IL  60438

Nadig Newspapers
4937 N. Milwaukee Ave.
Chicago, IL  60630


Hatchell & Associates, Inc.
414 W. Fullerton Ave.
Elmhurst, IL  60126

K & L Supply Co. Inc.
6250 Church Rd.
Hanover Park, IL  60133

Nancy Fregin
PO Box 1326
Palatine, IL  60078


Hilit
PO Box 21148
Tulsa, OK  74121

Laborer's Pension Fund And Health &
Welfare Dept. Of The Construction
11465 Cermak Rd.
Westchester, IL  60154

National Automatic Sprinkler Industry
8000 Corporate Drive
Landover, MD  20785

National Plumbing & Heating Supply Co.
5740 N. Tripp Ave.
Chicago, IL  60646

Rockford Industrial Supply
PO Box 5404
Rockford, IL  61125

United Parcel Service
Lockbox 577
Carol Stream, IL  60132-0577

Offenloch Mechanicaal Inc.
4010 N. Nashville Ave.
Chicago, IL  60634

SBC
P.O. Box 5072
Saginaw, MI  48605

Vesco
940 N. Addison
Elmhurst, IL  60126

Peoples Energy
Peoples Gas
130 E. Randolph
Chicago, IL  60601

Sheet Metal Workers Local 73
Fringe Benefits Funds
PO Box 94404
Chicago, IL  60690

Webster Sheet Metal Fabricators Inc.
C/O Mayer, Brown, Rowe & Maw
71 S. Wacker Dr.
Chicago, IL  60606

Pipe Fitters Assoc. Local 597
221 N. La Salle, Suite 3400
Chicago, IL  60601

Sjostrom & Sons, Inc.
1129 Harrison
Rockford, IL  61125

Westside Mechanical, Inc.
2007 Corporate Lane
Naperville, IL  60563

Pipe Fitters' Welfare, Retirement, And
Training Funds Local 597
PO Box 94455
Chicago, IL  60690

Sprinkler Fitters Apprent.Union, Lo. 281
Pay Day Savings, Founders Bank
6825 W. 111th Street
Worth, IL  60482

Whitfield & McGann
Attorneys At Law
111 East Wacker Drive, Suite 2600
Chicago, IL  60601

Porter Pipe & Supply
35049 Eagle Way
Chicago, IL  60678

Stone, Pogrund & Korey
221 N. La Salle St.
Chicago, IL  60601

Wilco Distributing Co.
1501 N. Kingsbury
Chicago, IL  60622

Precision Control Systems Of Chicago
650 Wheat Lane
Wood Dale, IL  60191

Temperature Equipment Corporation
17725 Volbrecht Rd.
Lansing, IL  60438

Wisconsin Dept Of Revenue
P.O. Box 93931
Milwaukee, WI  53293-0931

Premium Financing Specialists
455 S. 4th St., Starks Building
Louisville, KY  40202

Theresa Johnson
200 E. Chicago, Suite 200
Westmont, IL  60559

York International Co.
Unitary Products Group
PO Box 601390
Charlotte, NC  28260-1390

Quill
PO Box 94061
Palatine, IL  60094

Trane
3600 Pammel Creek Rd.
La Crosse, WI  54601

Zonatherm
251 Holbrook
Wheeling, IL  60050

RKD Construction Supplies & Equipment
11633 W. Grand Ave
Northlake, IL  60184

Tyco Fire Products
PO Box 371157
Pittsburgh, PA  15251

Zurich
3072 Paysphere Circle
Chicago, IL  60674