UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| JADCO RESEARCH & ENGINEERING, INC. ) | | Case No. 06-00907-ERW |
| ) | | |
| Debtor(s). ) | | Hon. Eugene R. Wedoff |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:     U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

    On: **June 24, 2009**              Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $78,678.15 |
    | Disbursements | $12,315.50 |
    | Net Cash Available for Distribution | $66,362.65 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| Frances Gecker<br>*Trustee Compensation* | $0.00 | $7,183.77 | $0.00 |
| FRANK/GECKER LLP<br>*Attorney for Trustee* | $11,179.09 | $3,255.69 | $0.00 |
| ALAN D. LASKO & ASSOCIATES<br>*Accountant for Trustee* | $0.00 | $3,379.10 | $52.66 |

{ JADCO / 001 / 00017821.DOC /}

5. Claims of secured creditors totaling $101,023.35 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 51.9597%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | JPMorgan Chase Bank Na | $101,023.35 | $52,491.43 |

6. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| n/a | | | |

7. In addition to the expenses of administration listed above as may be allowed by the Court, unsecured priority claims totaling $1,967.65 must be paid in full for there to be any dividend to employee benefits claims. The unsecured priority claims dividend is anticipated to be 0.0000%.

Allowed unsecured priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Wisconsin Department Of Revenue | $1,967.65 | $0.00 |

8. In addition to the unsecured priority claims listed above as may be allowed by the Court, employee benefits claims totaling $638,747.19 must be paid in full for there to be any dividend to priority government units claims. The employee benefits claims dividend is anticipated to be 0.0000%.

Allowed employee benefits claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000029B | Construction Industry Advancement P | $584.64 | $0.00 |
| 000023 | International Training Fund | $36.40 | $0.00 |
| 000037B | Iron Workers" Mid-America Pension | $60,048.86 | $0.00 |
| 000031B | Ironworker Management Progressive A | $3,058.20 | $0.00 |
| 000019B | Laborers' Pension And Welfare Fund | $143.91 | $0.00 |
| 000022 | Local 281 Health & Welfare Fund | $5,824.00 | $0.00 |
| 000021 | Local 281 Union Protection Assessment | $546.00 | $0.00 |
| 000010B | Plumbers" Pension Fund, Local 130, | $18,128.28 | $0.00 |
| 000002B | Sjostrom & Sons, Inc. | $317,561.49 | $0.00 |

| Claim Number | Claimant | Amount | Payment |
|---|---|---:|---:|
| 000028B | Sjostrom & Sons, Inc. | $47,860.84 | $0.00 |
| 000030B | Sjostrom & Sons, Inc. | $111,181.58 | $0.00 |
| 000032B | Sjostrom & Sons, Inc. | $8,410.80 | $0.00 |
| 000034B | Sjostrom & Sons, Inc. | $62,762.71 | $0.00 |
| 000035B | Sjostrom & Sons, Inc. | $2,599.48 | $0.00 |

9. In addition to the employee benefits claims listed above as may be allowed by the Court, priority government units claims totaling $<u>703,777.20</u> must be paid in full for there to be any dividend to general unsecured claims.  The priority government units claims dividend is anticipated to be 0.0000%.

Allowed priority government units claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 000020B | Department Of The Treasury-Internal | $342,466.60 | $0.00 |
| 000042B | Department Of The Treasury-Internal | $342,466.60 | $0.00 |
| 000041B | Illinois Department Of Revenue | $18,844.00 | $0.00 |

10. Claims of general unsecured creditors totaling $1,373,342.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 0.0000%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 000001 | Northern Insurance a/k/a Maryland Case | $554,452.55 | $0.00 |
| 000003 | Federal Express Corporation | $543.42 | $0.00 |
| 000005 | Structural Iron Workers Local Union | $141,406.66 | $0.00 |
| 000008B | Mark M. Esch | $360.00 | $0.00 |
| 000010A | Plumbers" Pension Fund, Local 130, | $4,818.15 | $0.00 |
| 000011 | First Bank & Trust Of Evanston | $7,428.39 | $0.00 |
| 000012 | Charles Locker | $6,451.89 | $0.00 |
| 000013 | Westside Mechanical, Inc. | $229,541.42 | $0.00 |
| 000014A | James M. Leatherman | $1,080.00 | $0.00 |
| 000016 | Quill | $176.52 | $0.00 |
| 000017 | Rockford Industrial Supply | $1,973.89 | $0.00 |
| 000018 | S K Culver Company | $13,944.58 | $0.00 |
| 000019A | Laborers" Pension And Welfare Fund | $4,548.07 | $0.00 |
| 000020A | Department Of The Treasury-Internal | $67,177.78 | $0.00 |
| 000024 | National Auto Spinkler Industry Pen | $1,486.16 | $0.00 |
| 000025 | Sis Defined Contribution Pension Fu | $480.08 | $0.00 |
| 000026 | Sheet Metal Workers Local 73 | $17,323.14 | $0.00 |

{ JADCO / 001 / 00017821.DOC /}    3

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 000027 | Sheet Metal Workers Local 73 | $17,323.14 | $0.00 |
| 000028A | Sjostrom & Sons, Inc. | $4,786.08 | $0.00 |
| 000029A | Construction Industry Advancement P | $58.46 | $0.00 |
| 000030A | Sjostrom & Sons, Inc. | $11,118.16 | $0.00 |
| 000031A | Ironworker Management Progressive A | $305.82 | $0.00 |
| 000032A | Sjostrom & Sons, Inc. | $841.08 | $0.00 |
| 000033A | Sjostrom & Sons, Inc. | $7,255.32 | $0.00 |
| 000034A | Sjostrom & Sons, Inc. | $6,276.27 | $0.00 |
| 000035A | Sjostrom & Sons, Inc. | $259.95 | $0.00 |
| 000036 | Fullerton Industrial Supply, Inc | $2,353.98 | $0.00 |
| 000037A | Iron Workers" Mid-America Pension | $47,997.29 | $0.00 |
| 000038A | Structural Iron Workers Local Union | $66,346.46 | $0.00 |
| 000039 | Illinois National Insurance Company | $2,528.00 | $0.00 |
| 000040 | Webster Sheet Metal Fabricators Inc | $85,145.30 | $0.00 |
| 000041A | Illinois Department Of Revenue | $377.00 | $0.00 |
| 000042A | Department Of The Treasury-Internal | $67,177.78 | $0.00 |

11. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

12. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

13. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

14. Debtor(s) have not been discharged.

15. The following property was ordered abandoned by the Court by Order dated May 16, 2006.

| Name of Property | Scheduled Value |
|---|---|
| COMPANY EQUIPMENT | $200.00 |
| COMPANY EQUIPMENT | $2,600.00 |
| COMPANY EQUIPMENT | $300.00 |
| COMPANY EQUIPMENT | $200.00 |
| COMPANY EQUIPMENT | $500.00 |
| COMPANY EQUIPMENT - 1995 Computer | $0.00 |

16. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| VEHICLES | $8,000.00 |
| VEHICLES | $8,000.00 |
| CONTINGENT CLAIMS | $195,000.00 |
| CONTINGENT CLAIMS | $576.00 |
| CONTINGENT CLAIMS | $20,000.00 |
| CONTINGENT CLAIMS | $500.00 |
| CONTINGENT CLAIMS | $60,000.00 |
| CONTINGENT CLAIMS | $0.00 |
| BANK ACCOUNT - Chase Bank - Checking | $0.00 |

Dated: **May 27, 2009**                    For the Court,

                            By:   **KENNETH S. GARDNER**
                                  Kenneth S. Gardner
                                  219 S. Dearborn Street
                                  7th Floor
                                  Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street, Suite 625
Chicago, IL  60654
(312) 276-1401