UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re | ) | Chapter 7 | |
| | ) | | |
| JADCO RESEARCH & ENGINEERING, INC. | ) | Case No. 06-00907-ERW | |
| | ) | | |
| Debtor(s). | ) | Hon. Eugene R. Wedoff | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

   On: **June 24, 2009**            Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $78,678.15 |
   | Disbursements | $12,315.50 |
   | Net Cash Available for Distribution | $66,362.65 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| Frances Gecker<br>*Trustee Compensation* | $0.00 | $7,183.77 | $0.00 |
| FRANK/GECKER LLP<br>*Attorney for Trustee* | $11,179.09 | $3,255.69 | $0.00 |
| ALAN D. LASKO & ASSOCIATES<br>*Accountant for Trustee* | $0.00 | $3,379.10 | $52.66 |

{ JADCO / 001 / 00017821.DOC /}

5.  Claims of secured creditors totaling $101,023.35 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 51.9597%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | JPMorgan Chase Bank Na | $101,023.35 | $52,491.43 |

6.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| n/a | | | |

7.  In addition to the expenses of administration listed above as may be allowed by the Court, unsecured priority claims totaling $1,967.65 must be paid in full for there to be any dividend to employee benefits claims. The unsecured priority claims dividend is anticipated to be 0.0000%.

Allowed unsecured priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Wisconsin Department Of Revenue | $1,967.65 | $0.00 |

8.  In addition to the unsecured priority claims listed above as may be allowed by the Court, employee benefits claims totaling $638,747.19 must be paid in full for there to be any dividend to priority government units claims. The employee benefits claims dividend is anticipated to be 0.0000%.

Allowed employee benefits claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000029B | Construction Industry Advancement P | $584.64 | $0.00 |
| 000023 | International Training Fund | $36.40 | $0.00 |
| 000037B | Iron Workers" Mid-America Pension | $60,048.86 | $0.00 |
| 000031B | Ironworker Management Progressive A | $3,058.20 | $0.00 |
| 000019B | Laborers' Pension And Welfare Fund | $143.91 | $0.00 |
| 000022 | Local 281 Health & Welfare Fund | $5,824.00 | $0.00 |
| 000021 | Local 281 Union Protection Assessment | $546.00 | $0.00 |
| 000010B | Plumbers" Pension Fund, Local 130, | $18,128.28 | $0.00 |
| 000002B | Sjostrom & Sons, Inc. | $317,561.49 | $0.00 |

{ JADCO / 001 / 00017821.DOC /}    2

| | | | |
|---|---|---:|---:|
| 000028B | Sjostrom & Sons, Inc. | $47,860.84 | $0.00 |
| 000030B | Sjostrom & Sons, Inc. | $111,181.58 | $0.00 |
| 000032B | Sjostrom & Sons, Inc. | $8,410.80 | $0.00 |
| 000034B | Sjostrom & Sons, Inc. | $62,762.71 | $0.00 |
| 000035B | Sjostrom & Sons, Inc. | $2,599.48 | $0.00 |

9. In addition to the employee benefits claims listed above as may be allowed by the Court, priority government units claims totaling $703,777.20 must be paid in full for there to be any dividend to general unsecured claims. The priority government units claims dividend is anticipated to be 0.0000%.

Allowed priority government units claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 000020B | Department Of The Treasury-Internal | $342,466.60 | $0.00 |
| 000042B | Department Of The Treasury-Internal | $342,466.60 | $0.00 |
| 000041B | Illinois Department Of Revenue | $18,844.00 | $0.00 |

10. Claims of general unsecured creditors totaling $1,373,342.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 000001 | Northern Insurance a/k/a Maryland Case | $554,452.55 | $0.00 |
| 000003 | Federal Express Corporation | $543.42 | $0.00 |
| 000005 | Structural Iron Workers Local Union | $141,406.66 | $0.00 |
| 000008B | Mark M. Esch | $360.00 | $0.00 |
| 000010A | Plumbers" Pension Fund, Local 130, | $4,818.15 | $0.00 |
| 000011 | First Bank & Trust Of Evanston | $7,428.39 | $0.00 |
| 000012 | Charles Locker | $6,451.89 | $0.00 |
| 000013 | Westside Mechanical, Inc. | $229,541.42 | $0.00 |
| 000014A | James M. Leatherman | $1,080.00 | $0.00 |
| 000016 | Quill | $176.52 | $0.00 |
| 000017 | Rockford Industrial Supply | $1,973.89 | $0.00 |
| 000018 | S K Culver Company | $13,944.58 | $0.00 |
| 000019A | Laborers" Pension And Welfare Fund | $4,548.07 | $0.00 |
| 000020A | Department Of The Treasury-Internal | $67,177.78 | $0.00 |
| 000024 | National Auto Spinkler Industry Pen | $1,486.16 | $0.00 |
| 000025 | Sis Defined Contribution Pension Fu | $480.08 | $0.00 |
| 000026 | Sheet Metal Workers Local 73 | $17,323.14 | $0.00 |

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 000027 | Sheet Metal Workers Local 73 | $17,323.14 | $0.00 |
| 000028A | Sjostrom & Sons, Inc. | $4,786.08 | $0.00 |
| 000029A | Construction Industry Advancement P | $58.46 | $0.00 |
| 000030A | Sjostrom & Sons, Inc. | $11,118.16 | $0.00 |
| 000031A | Ironworker Management Progressive A | $305.82 | $0.00 |
| 000032A | Sjostrom & Sons, Inc. | $841.08 | $0.00 |
| 000033A | Sjostrom & Sons, Inc. | $7,255.32 | $0.00 |
| 000034A | Sjostrom & Sons, Inc. | $6,276.27 | $0.00 |
| 000035A | Sjostrom & Sons, Inc. | $259.95 | $0.00 |
| 000036 | Fullerton Industrial Supply, Inc | $2,353.98 | $0.00 |
| 000037A | Iron Workers" Mid-America Pension | $47,997.29 | $0.00 |
| 000038A | Structural Iron Workers Local Union | $66,346.46 | $0.00 |
| 000039 | Illinois National Insurance Company | $2,528.00 | $0.00 |
| 000040 | Webster Sheet Metal Fabricators Inc | $85,145.30 | $0.00 |
| 000041A | Illinois Department Of Revenue | $377.00 | $0.00 |
| 000042A | Department Of The Treasury-Internal | $67,177.78 | $0.00 |

11. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

12. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

13. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

14. Debtor(s) have not been discharged.

15. The following property was ordered abandoned by the Court by Order dated May 16, 2006.

| Name of Property | Scheduled Value |
| --- | --- |
| COMPANY EQUIPMENT | $200.00 |
| COMPANY EQUIPMENT | $2,600.00 |
| COMPANY EQUIPMENT | $300.00 |
| COMPANY EQUIPMENT | $200.00 |
| COMPANY EQUIPMENT | $500.00 |
| COMPANY EQUIPMENT - 1995 Computer | $0.00 |

16. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| VEHICLES | $8,000.00 |
| VEHICLES | $8,000.00 |
| CONTINGENT CLAIMS | $195,000.00 |
| CONTINGENT CLAIMS | $576.00 |
| CONTINGENT CLAIMS | $20,000.00 |
| CONTINGENT CLAIMS | $500.00 |
| CONTINGENT CLAIMS | $60,000.00 |
| CONTINGENT CLAIMS | $0.00 |
| BANK ACCOUNT - Chase Bank - Checking | $0.00 |

Dated: **May 27, 2009**                For the Court,

By:  **KENNETH S. GARDNER**
     Kenneth S. Gardner
     219 S. Dearborn Street
     7th Floor
     Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street, Suite 625
Chicago, IL  60654
(312) 276-1401

{ JADCO / 001 / 00017821.DOC /}                5

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 3                   Date Rcvd: May 27, 2009
Case: 06-00907                Form ID: pdf002              Total Served: 127


The following entities were served by first class mail on May 29, 2009.
db         +Jadco Research & Engineering, Inc.,    4006 N Nashville Ave.,    Chicago, IL 60634-1427
aty        +Micah R Krohn,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
             Chicago, IL 60654-6465
aty        +Thomas W Drexler,    Law Office of Thomas W Drexler,    77 W Washington,    Suite 1910,
             Chicago, IL 60602-3176
aty        +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,    Chicago, IL 60654-6465
10582510   +A & L,    P.O. Box 0339,   N.Aurora, IL 60542-0137
10582511   +Action Mobile Industries,    1642 Paysphere Circle,    Chicago, IL 60674-0016
10582512   +Advantage Payroll Services,    PO Box 12020,    Lewiston, ME 04243-9496
10582513    Air Products Equipment Company,    1555 St. Louis Ave.,    Elk Grove Village, IL  60007
10582514   +Airgas-North Center,    10 W. 4th Street,    Waterloo, IA 50701-5428
10582515    American International Companies,    AIG,    PO Box 409,    Parsippany, NJ 07054-0409
10582516   +Arnold Jackson,    123 W. 5th Street,   Hinsdale, IL 60521-4029
10582517    Berlands House Of Tools,    2530 Centre Circle Dr.,    Downers Grove, IL  60515
10582518   +Bornquist, Inc.,    7050 N. Lehigh Ave.,    Chicago, IL 60646-1298
10582519   +Briski Industrial,    5919 S. Archer Ave.,    Chicago, IL 60638-2802
10582520   +Burke Excavating,    8 N. 875 Corron Rd.,    Elgin, IL 60124-8617
10582531   +CW Olson & Co.,    414 N. Orleans, Suite 303,    Chicago, IL 60654-4466
10582521   +Carrier Corp.,    PO Box 905303,    Charlotte, NC 28290-5303
10582522   +Carrol Distrib. And Construction Supply,    205 S. Iowa Ave.,    Ottumwa, IA 52501-3308
10582523   +Charles Locker,    5901 N. Cicero, Suite 101,    Chicago, IL 60646-5715
10582524   +Chase,    P.O. Box 9001008,    Louisville, KY 40290-1008
10582525   +Chicago District Council Of Carpenters,    PO Box 94432,    Chicago, IL 60690-4432
10582526    Chicago Journeyman Plumbers,    Local 93,    1349 W. Washington Blvd.,    Chicago, IL  60607
10582527   +Chicago Tube & Iron,    PO Box 52463,    Chicago, IL 60675-0001
10582528    Citibusiness Platinum Select Card,    Citibusiness Card,    PO Box 6309,
             The Lakes, NV  88901-6309
10582529   +Columbia Pipe & Supply Co.,    1209 Paysphere Circle,    Chicago, IL 60674-0012
11435020    Construction Industry Advancement Program,    c/o Patrick N. Ryan,
             Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
             Chicago, IL  60606-5231
10582532   +Daley & George,    20 S. Clark Street, Ste. 400,    Chicago, IL 60603-1835
10582533   +Dennen & Simons,    9701 W. Higgins Rd.,    Des Plaines, IL 60018-4703
10582534   +Ersco Construction/Paving,    PO Box 63912,    Cincinatti, OH 45263-0001
10582535   +F. H. Paschen,    C/O Edward J. Burke,    70 W. Madison, Suite 4300,    Chicago, IL 60602-4229
10582536   +Falson Supply Co.,    PO Box 158,    Franklin Park, IL 60131-0158
10582537    Fed Ex,    PO Box 94515,    Palatine, IL  60094-4515
10620608   +Federal Express Corporation,    Attn: Revenue Recovery/Bankruptcy,
             2005 Corporate Avenue, 2nd Floor,    Memphis, TN 38132-1796
10582538   +First Bank & Trust Of Evanston,    820 Church Street,    Evanston, IL 60201-3764
11284007   +First Bank & Trust of Evanston,    c/o R. Cybak & Associates,    100 W. Monroe, Suite 800,
             Chicago, IL 60603-1919,    312-236-3580
10582539   +Fluid Air Products,    7505 Plaza Court,    Willowbrook, IL 60527
11437055   +Fullerton Industrial Supply, Inc,    1452 W Fullerton Ave,    Chicago, IL 60614-2770
10582540   +G & O Thermal Supply Company,    5435 Northwest Hwy,    Chicago, IL 60630-1191
10582541    Grainger,    3240 Mannheim Rd.,    Franklin Park, IL  60131-1532
10582542   +Great Lakes Heating And Plumbing,    4521 W. Diversey,    Chicago, IL 60639-1959
10582543   +Groot,    2500 Ladnemeier,    Elk Grove, IL 60007-2627
10582544   +H-O-H Chemicals Inc.,    PO Box 487,    Palatine, IL 60078-0487
10582545   +Harris Bank,    P.O. Box 94034,    Palatine, IL 60094-4034
10582546   +Hatchell & Associates, Inc.,    414 W. Fullerton Ave.,    Elmhurst, IL 60126-1403
10582547   +Hilit,    PO Box 21148,    Tulsa, OK 74121-1148
10582548   +Hillco Distributing Co.,    1501 W. Kingsbury,    Chicago, IL 60642-2533
11487400   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
             100 West Randolph Street,    Chicago, Illinois 60601)
10582552   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10582549   +Illinois Department Of Revenue,    Springfield, IL 62756-0001
11442638   +Illinois National Insurance Company,    American Home Assurance Company,
             c/o AIG Bankruptcy Collections David A L,    70 Pine Street 28th Fl,    New York, NY 10270-0002
10582550   +Image Systems And Business Solutions,    1090 National Pkwy,    Schaumburg, IL 60173-4519
10582551   +Int'l Assoc. Of Bridge, Structural, Orna,    Iron Workers Local 393,    1901 Selmarten Rd.,
             Aurora, IL 60505-1337
11393865    International Training Fund,    Charles W. Gilligan,    O'Donoghue & O'Donoghue LLP,,
             4748 Wisconsin Avenue, N.W., WDC 20016
10582553   +Irmico Inc.,    610 Estes Ave.,    Schaumburg, IL 60193-4403
10582554   +Iron Workers Local 448,    5640 Sockness Dr.,    Rockford, IL 61109-6306
10582555   +Iron Workers Mid America Pension Fund,,    c/o Bruce C. Scalabrino,    Scalambrino & Arnoff, LLP,
             33 North Lasalle Suite 1210,    Chicago, IL 60602-3416
11435024    Iron Workers' Local Union No. 498,    c/o Patrick N. Ryan,    Baum Sigman Auerbach & Neuman, Ltd.,
             200 W. Adams Street, Suite 2200,    Chicago, IL  60606-5231
11435025    Iron Workers' Local Union No. 498 & Northern Illin,    Baum Sigman Auerbach & Neuman, Ltd.,
             200 W. Adams Street, Suite 2200,    Chicago, IL  60606-5231
11435021    Iron Workers' Local no. 498 Pension Fund,    c/o Patrick N. Ryan,
             Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
             Chicago, IL  60606-5231
11438654   +Iron Workers' Mid-America Pension Fund,    c/o Bruce C Scalambrino,    One North LaSalle Street,
             Suite 1600,    Chicago, IL 60602-3935
```

```
District/off: 0752-1           User: amcc7                  Page 2 of 3                   Date Rcvd: May 27, 2009
Case: 06-00907                 Form ID: pdf002              Total Served: 127


11435019      Iron Workers' Mid-America Pension Plan,    c/o Patrick N. Ryan,
               Baum Sigman Auerbach & Neuman, Ltd.,     200 W. Adams Street, Suite 2200,
               Chicago, IL 60606-5231
11435026      Iron Workers' Supplemental Monthly Annuity (SMA),    Fund, c/o Patrick N. Ryan,
               Baum Sigman Auerbach & Neuman, Ltd.,     200 W. Adams Street, Suite 2200,
               Chicago, IL 60606-5231
11435022      Ironworker Management Progressive Action Cooperati,    Baum Sigman Auerbach & Neuman, Ltd.,
               200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
10753484     +JPMorgan Chase Bank NA,     1820 E Sky Harbor Cir South,    Phoenix, AZ 85034-4810
11310982     +James M. Leatherman,    11419 South Washtenaw Ave.,     Chicago, IL 60655-1921
11310996     +Jose D. Gamez,    6723 South Pulaski, #204,    Chicago, IL 60629-4118
10582556     +K & L Supply Co. Inc.,     6250 Church Rd.,    Hanover Park, IL 60133-4803
10582557     +Laborer's Pension Fund And Health &,     Welfare Dept. Of The Construction,    11465 Cermak Rd.,
               Westchester, IL 60154-5768
11383284     +Laborers' Pension and Welfare Funds,    c/o Office of Fund Counsel,
               53 W. Jackson Blvd., Suite 550,    Chicago, IL 60604-3425
10582558     +Linear Electric Inc.,     15346 S. 70th,    Orland Park, IL 60462-5134
11393864      Local 281 Health & Welfare Fund,    Charles W. Gilligan,    O'Donoghue & O'Donoghue LLP,,
               4748 Wisconsin Avenue, N.W., WDC 20016
11393862      Local 281 Union Protection Assessment,    Charles W. Gilligan,    O'Donoghue & O'Donoghue LLP,
               4748 Wisconsin Avenue, N.W., WDC 20016
10582559     +Local 498 Ironworkers,    5640 Sockness Drive,    Rockford, IL 61109-6306
11435023      Local No. 498 Training Program Trust Fund,    c/o Patrick N. Ryan,
               Baum Sigman Auerbach & Neuman, Ltd.,     200 W. Adams Street, Suite 2200,
               Chicago, IL  60606-5231
10582560     +Local One Labor Union,    7700 W. Industrial Drive,    Forest Park, IL 60130-2520
11178978     +Mark M. Esch,    861 Bristol Lane,    New Lenox, IL 60451-9226
10582561     +Metro Resource Investments & Mgmt,     4069 Joseph Dr., Ste B3,    Waukegan, IL 60087-2233
10582562     +Metropolitan Fire Protection,     175 Fordon Street,    Elk Grove Village, IL 60007-1118
10582563     +Metropolitan Industries,     37 Forestwood Dr.,    Romeoville, IL 60446-1343
11185804     +Michael D Peterson,    11155 South Troy,    Chicago, IL 60655-2317
10619662     +Mid-America SMA Fund,    c/o Bruce C Scalambrino,     Scalambrino & Arnoff LLP,
               33 North LaSalle Street, Suite 1210,    Chicago, Illinois 60602-3416
10582564      Multiple Concrete Accessories Corp.,     20294 N. Rand Rd.,    Palatine, IL  60074
10582565     +Nadig Newspapers,    4937 N. Milwaukee Ave.,    Chicago, IL 60630-2114
10582566     +Nancy Fregin,    PO Box 1326,    Palatine, IL 60078-1326
11393866      National Auto Spinkler Industry Pension Fund,    Charles W. Gilligan,
               O'Donoghue & O'Donoghue LLP,    4748 Wisconsin Avenue, N.W., WDC 20016
10582567     +National Automatic Sprinkler Industry,     8000 Corporate Drive,    Landover, MD 20785-2285
10582568     +National Plumbing & Heating Supply Co.,    5740 N. Tripp Ave.,    Chicago, IL 60646-6723
10616838     +Northern Insurance aka Maryland Casualty Company,     Attn Shirley Newport Special Collections,
               Room MD1-04-04,    3910 Keswick Road,    Baltimore, MD 21211-2226
10582569     +Offenloch Mechanicaal Inc.,     4010 N. Nashville Ave.,    Chicago, IL 60634-1427
10582570     +Peoples Energy,    Peoples Gas,     130 E. Randolph,    Chicago, IL 60601-6302
10582571     +Pipe Fitters Assoc. Local 597,     221 N. La Salle, Suite 3400,    Chicago, IL 60601-1510
10582572     +Pipe Fitters' Welfare, Retirement, And,    Training Funds Local 597,    PO Box 94455,
               Chicago, IL 60690-4455
11187604     +Plumbers' Pension Fund, Local 130, U.A., et al.,    c/o Douglas A. Lindsay,
               Lewis, Overbeck & Furman, LLP,    20 North Clark Street, Suite 3200,    Chicago, IL 60602-5093
10582573     +Porter Pipe & Supply,    35049 Eagle Way,     Chicago, IL 60678-0001
10582574     +Precision Control Systems Of Chicago,     650 Wheat Lane,    Wood Dale, IL 60191-1109
10582575     +Premium Financing Specialists,    455 S. 4th St., Starks Building,    Louisville, KY 40202-2593
10582576     +Quill,    PO Box 94061,    Palatine, IL 60094-4061
10582577     +RKD Construction Supplies & Equipment,    11633 W. Grand Ave.,    Northlake, IL 60164-1302
11174444     +Robert E. Turnbough,    501 North Washington,     Raymore, MO 64083-9551
10582578     +Rockford Industrial Supply,    PO Box 5404,    Rockford, IL 61125-0404
11378354      S K Culver Company,    926 N Clark St,    Chicago, IL 60610
10582579     +SBC,    P.O. Box 5072,    Saginaw, MI 48605-5072
11393867      SIS Defined Contribution Pension Fund,    Charles W. Gilligan,    O'Donoghue & O'Donoghue LLP,,
               4748 Wisconsin Avenue, N.W., WDC 20016
10582580     +Sheet Metal Workers Local 73,    Fringe Benefits Funds,    PO Box 94404,    Chicago, IL 60690-4404
10659885     +Sheet Metal Workers' Union Local 73,     c/o Mark A Carter, Esq, Stanely F,
               Orszula, Esq, Adelman & Gettleman, Ltd,    53 West Jackson Boulevard, Suite 1050,
               Chicago, Illinois 60604-3786
10582581     +Sjostrom & Sons, Inc.,    c/o Attorney Craig Willette,     1318 E State St,
               Rockford, IL 61104-2228
10582582     +Sprinkler Fitters Apprent.Union, Lo. 281,    Pay Day Savings, Founders Bank,
               6825 W. 111th Street,    Worth, IL 60482-1800
10582583     +Stone, Pogrund & Korey,    221 N. La Salle St.,     Chicago, IL 60601-1206
10840260     +Structural Iron Workers Local Union No. 1,    Pension Trust Fund,
               c/o Hogan Marren Ltd/Patrick E Deady,    180 N Wacker Dr Ste 600,    Chicago, IL 60606-1604
10582584     +Temperature Equipment Corporation,     17725 Volbrecht Rd.,    Lansing, IL 60438-4539
10582585     +Theresa Johnson,    200 E. Chicago, Suite 200,    Westmont, IL 60559-1756
10582509     +Thomas W Drexler,    Law Office Of Thomas W Drexler,    77 W Washington Street - Suite 1910,
               Chicago, IL 60602-3176
10582586     +Trane,    3600 Pammel Creek Rd.,    La Crosse, WI 54601-7599
10619663     +Tri-State Welfare Fund,    c/o Bruce C Scalambrino,     Scalambrino & Arnoff LLP,
               33 North LaSalle Street, Suite 1210,    Chicago, Illinois 60602-3416
10582587     +Tyco Fire Products,    PO Box 371157,    Pittsburgh, PA 15251-7157
10582588     +United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0001
10582589      Vesco,    940 N. Addison,    Elmhurst, IL  60126
10582590     +Webster Sheet Metal Fabricators Inc.,     C/O Ken Novak & Associates, Inc,    3356 Lake Knoll Dr.,
               Northbrook, IL 60062-6316
10582591     +Westside Mechanical, Inc.,     2007 Corporate Lane,    Naperville, IL 60563-9647
```

```
District/off: 0752-1          User: amcc7              Page 3 of 3              Date Rcvd: May 27, 2009
Case: 06-00907                Form ID: pdf002          Total Served: 127

10582592     +Whitfield & McGann,   Attorneys At Law,   111 East Wacker Drive, Suite 2600,
              Chicago, IL 60601-4208
10582593     +Wilco Distributing Co.,   1501 N. Kingsbury,   Chicago, IL 60642-2533
10582594     +Wisconsin Department Of Revenue,   Post Office Box 8901,   Madison, Wisconsin 53708-8901
10582595      York International Co.,   Unitary Products Group,   PO Box 601390,   Charlotte, NC  28260-1390
10582596     +Zonatherm,   251 Holbrook,   Wheeling, IL 60090-5826
10582597     +Zurich,   3072 Paysphere Circle,   Chicago, IL 60674-0030
The following entities were served by electronic transmission on May 28, 2009.
tr           +E-mail/Text: csmith@fgllp.com                            Frances Gecker,   325 North LaSalle Street,
              Suite 625,   Chicago, IL 60654-6465
10582530     +E-mail/Text: brandy.glashin@comed.com                           ComEd,   Bill Payment Center,
              Chicago, IL 60668-0001
                                                                                                 TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Frank/Gecker LLP
11438579      Structural Iron Workers Local Union No. 1 Pension
10582508*    +Jadco Research & Engineering Inc,   4006 N Nashville Ave,   Chicago, IL 60634-1427
11503014*    +Sjostrom & Sons, Inc.,   c/o Attorney Craig Willette,   1318 E. State St.,
              Rockford, IL 61104-2228
                                                                                               TOTALS: 2, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 29, 2009**              **Signature:**        *Joseph Speetjens*