# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| JADCO RESEARCH & ENGINEERING, | § | Case No. 06-00907 ERW |
| INC. | | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 295,876.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  52,493.70 | Claims Discharged Without Payment:  5,639,128.64 |
| Total Expenses of Administration:  26,186.72 | |

3) Total gross receipts of $ 78,680.42  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 78,680.42  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 25,000.00 | $ 101,023.35 | $ 101,023.35 | $ 52,493.70 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 26,337.81 | 26,337.81 | 26,186.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 701,186.00 | 1,344,492.04 | 1,344,492.04 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,220,107.81 | 1,373,342.79 | 1,373,342.79 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,946,293.81 | $ 2,845,195.99 | $ 2,845,195.99 | $ 78,680.42 |

4) This case was originally filed under chapter 7 on  02/02/2006 .  The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/15/2010          By:/s/Frances Gecker
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNT - American Charter Checking | 1129-000 | 798.05 |
| BANK ACCOUNT - Charter One Bank Checking | 1129-000 | 6,728.25 |
| CONTINGENT CLAIMS | 1129-000 | 63,868.94 |
| GREAT LAKES & PLUMBING | 1129-000 | 5,000.00 |
| TAX REFUNDS | 1224-000 | 1,425.00 |
| Post-Petition Interest Deposits | 1270-000 | 860.18 |
| TOTAL GROSS RECEIPTS | | $78,680.42 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First Bank & Trust Of Evanston<br>820 Church Street<br>Evanston, IL 60201 | | 14,000.00 | NA | NA | 0.00 |
| Harris Bank<br>P.O. Box 94034<br>Palatine, IL 60094 | | 11,000.00 | NA | NA | 0.00 |
| JPMORGAN CHASE BANK NA | 4110-000 | NA | 101,023.35 | 101,023.35 | 52,493.70 |
| **TOTAL SECURED CLAIMS** | | $ 25,000.00 | $ 101,023.35 | $ 101,023.35 | $ 52,493.70 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | 2100-000 | NA | 7,183.77 | 7,183.77 | 7,183.77 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 70.13 | 70.13 | 70.13 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 70.28 | 70.28 | 70.28 |
| ADVANTAGE PAYROLL SERVICES | 2990-000 | NA | 996.00 | 996.00 | 996.00 |
| FRANK/GECKER LLP | 3110-000 | NA | 11,179.09 | 11,179.09 | 11,028.00 |
| FRANK/GECKER LLP | 3110-000 | NA | 3,255.69 | 3,255.69 | 3,255.69 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANK/GECKER LLP | 3120-000 | NA | 151.09 | 151.09 | 151.09 |
| ALAN D. LASKO & ASSOCIATES | 3410-000 | NA | 3,379.10 | 3,379.10 | 3,379.10 |
| ALAN D. LASKO & ASSOCIATES | 3420-000 | NA | 52.66 | 52.66 | 52.66 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 26,337.81 | $ 26,337.81 | $ 26,186.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department Of Revenue Springfield, IL 62756 | | 10,000.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Int'l Assoc. Of Bridge, Structural, Orna Iron Workers Local 393 1901 Selmarten Rd. Aurora, IL 60505 | | 0.00 | NA | NA | 0.00 |
| Internal Revenue Service A-K 230 S. Dearborn Street - Stop 5016 Chicago, IL 60604 | | 300,000.00 | NA | NA | 0.00 |
| Iron Workers Mid America Pension Fund, MidAmerica Supp. Mo. Ann. Fund, TriState 2350 E. 170th St. Lansing, IL 60438 | | 95,447.00 | NA | NA | 0.00 |
| Laborer's Pension Fund And Health & Welfare Dept. Of The Construction 11465 Cermak Rd. Westchester, IL 60154 | | 1,483.00 | NA | NA | 0.00 |
| Local 498 Ironworkers 5640 Sockness Drive Rockford, IL 61109 | | 275,733.00 | NA | NA | 0.00 |
| Local One Labor Union 7700 W. Industrial Drive Forest Park, IL 60130 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sheet Metal Workers Local 73 Fringe Benefits Funds PO Box 94404 Chicago, IL 60690 | | 17,323.00 | NA | NA | 0.00 |
| Wisconsin Dept Of Revenue P.O. Box 93931 Milwaukee, WI 53293-0931 | | 1,200.00 | NA | NA | 0.00 |
| WISCONSIN DEPARTMENT OF REVENUE | 5200-000 | NA | 1,967.65 | 1,967.65 | 0.00 |
| CONSTRUCTION INDUSTRY ADVANCEMENT P | 5400-000 | NA | 584.64 | 584.64 | 0.00 |
| INTERNATIONAL TRAINING FUND | 5400-000 | NA | 36.40 | 36.40 | 0.00 |
| IRON WORKERS" MID-AMERICA PENSION | 5400-000 | NA | 60,048.86 | 60,048.86 | 0.00 |
| IRONWORKER MANAGEMENT PROGRESSIVE A | 5400-000 | NA | 3,058.20 | 3,058.20 | 0.00 |
| LABORERS" PENSION AND WELFARE FUND | 5400-000 | NA | 143.91 | 143.91 | 0.00 |
| LOCAL 281 HEALTH & WELFARE FUND | 5400-000 | NA | 5,824.00 | 5,824.00 | 0.00 |
| LOCAL 281 UNION PROTECTION ASSESSME | 5400-000 | NA | 546.00 | 546.00 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PLUMBERS" PENSION FUND, LOCAL 130, | 5400-000 | NA | 18,128.28 | 18,128.28 | 0.00 |
| SJOSTROM & SONS, INC. | 5400-000 | NA | 2,599.48 | 2,599.48 | 0.00 |
| SJOSTROM & SONS, INC. | 5400-000 | NA | 62,762.71 | 62,762.71 | 0.00 |
| SJOSTROM & SONS, INC. | 5400-000 | NA | 8,410.80 | 8,410.80 | 0.00 |
| SJOSTROM & SONS, INC. | 5400-000 | NA | 111,181.58 | 111,181.58 | 0.00 |
| SJOSTROM & SONS, INC. | 5400-000 | NA | 47,860.84 | 47,860.84 | 0.00 |
| SJOSTROM & SONS, INC. | 5400-000 | NA | 317,561.49 | 317,561.49 | 0.00 |
| DEPARTMENT OF THE TREASURY-INTERNAL | 5800-000 | NA | 342,466.60 | 342,466.60 | 0.00 |
| DEPARTMENT OF THE TREASURY-INTERNAL | 5800-000 | NA | 342,466.60 | 342,466.60 | 0.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 18,844.00 | 18,844.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ 701,186.00 | $ 1,344,492.04 | $ 1,344,492.04 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Action Mobile Industries<br>1642 Paysphere Circle<br>Chicago, IL 60674 | | 173.00 | NA | NA | 0.00 |
| Advantage Payroll Services<br>PO Box 12020<br>Lewiston, ME 04243 | | 861.50 | NA | NA | 0.00 |
| Air Products Equipment Company<br>1555 St. Louis Ave.<br>Elk Grove Village, IL 60007 | | 9,696.10 | NA | NA | 0.00 |
| Airgas-North Center<br>10 W. 4th Street<br>Waterloo, IA 50703 | | 1,074.00 | NA | NA | 0.00 |
| American International Companies<br>AIG<br>PO Box 409<br>Parsippany, NJ 07054-0409 | | 0.00 | NA | NA | 0.00 |
| Arnold Jackson<br>123 W. 5th Street<br>Hinsdale, IL 60521 | | 30,000.00 | NA | NA | 0.00 |
| Berlands House Of Tools<br>2530 Centre Circle Dr.<br>Downers Grove, IL 60515 | | 747.71 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bornquist, Inc.<br>7050 N. Lehigh Ave.<br>Chicago, IL 60646 | | 16,088.02 | NA | NA | 0.00 |
| Briski Industrial<br>5919 S. Archer Ave.<br>Chicago, IL 60638 | | 452.91 | NA | NA | 0.00 |
| Burke Excavating<br>8 N. 875 Corron Rd.<br>Elgin, IL 60123 | | 106,470.00 | NA | NA | 0.00 |
| CW Olson & Co.<br>414 N. Orleans, Suite 303<br>Chicago, IL 60610 | | 0.00 | NA | NA | 0.00 |
| Carrier Corp.<br>PO Box 905303<br>Charlotte, NC 28290 | | 0.00 | NA | NA | 0.00 |
| Carrol Distrib. And Construction Supply<br>205 S. Iowa Ave.<br>Ottumwa, IA 52501 | | 453.46 | NA | NA | 0.00 |
| Charles Locker<br>5901 N. Cicero, Suite 101<br>Chicago, IL 60646 | | 6,451.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase<br>P.O. Box 9001008<br>Louisville, KY 40290 | | 100,747.55 | NA | NA | 0.00 |
| Chicago Tube & Iron<br>PO Box 52463<br>Chicago, IL 60675 | | 14,173.47 | NA | NA | 0.00 |
| Citibusiness Platinum Select Card<br>Citibusiness Card<br>PO Box 6309<br>The Lakes, NV 88901-6309 | | 6,776.31 | NA | NA | 0.00 |
| Columbia Pipe & Supply Co.<br>1209 Paysphere Circle<br>Chicago, IL 60674 | | 34,719.92 | NA | NA | 0.00 |
| ComEd<br>Bill Payment Center<br>Chicago, IL 60668 | | 100.00 | NA | NA | 0.00 |
| Dennen & Simons<br>9701 W. Higgins Rd.<br>Des Plaines, IL 60018 | | 1,856.00 | NA | NA | 0.00 |
| Ersco Construction/Paving<br>PO Box 63912<br>Cincinatti, OH 45263 | | 59,569.01 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Falson Supply Co.<br>PO Box 158<br>Franklin Park, IL 60131 | | 1,767.84 | NA | NA | 0.00 |
| Fed Ex<br>PO Box 94515<br>Palatine, IL 60094-4515 | | 335.68 | NA | NA | 0.00 |
| Fluid Air Products<br>7505 Plaza Court<br>Willowbrook, IL 60027 | | 59,988.31 | NA | NA | 0.00 |
| G & O Thermal Supply Company<br>5435 Northwest Hwy<br>Chicago, IL 60630 | | 2,498.29 | NA | NA | 0.00 |
| Gerdau Ameisteel<br>2080 Payshere Circle<br>60674, IL | | 8,196.78 | NA | NA | 0.00 |
| Grainger<br>3240 Mannheim Rd.<br>Franklin Park, IL 60131-1532 | | 1,653.00 | NA | NA | 0.00 |
| Groot<br>2500 Ladnemeier<br>Elk Grove, IL 60007 | | 85.00 | NA | NA | 0.00 |
| H-O-H Chemicals Inc.<br>PO Box 487<br>Palatine, IL 60078 | | 8,053.21 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hatchell & Associates, Inc. 414 W. Fullerton Ave. Elmhurst, IL 60126 | | 7,817.23 | NA | NA | 0.00 |
| Hilit PO Box 21148 Tulsa, OK 74121 | | 267.00 | NA | NA | 0.00 |
| Hillco Distributing Co. 1501 W. Kingsbury Chicago, IL 60622 | | 817.50 | NA | NA | 0.00 |
| Image Systems And Business Solutions 1090 National Pkwy Schaumburg, IL 60173-4572 | | 244.06 | NA | NA | 0.00 |
| Irmico Inc. 610 Estes Ave. Schaumburg, IL 60193 | | 2,525.00 | NA | NA | 0.00 |
| K & L Supply Co. Inc. 6250 Church Rd. Hanover Park, IL 60133 | | 177.25 | NA | NA | 0.00 |
| Linear Electric Inc. 15346 S. 70th Orland Park, IL 60462 | | 1,629.10 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Metro Resource Investments & Mgmt 4069 Joseph Dr., Ste B3 Waukegan, IL 60087 | | 0.00 | NA | NA | 0.00 |
| Metropolitan Fire Protection 175 Fordon Street Elk Grove Village, IL 60007 | | 153,039.47 | NA | NA | 0.00 |
| Metropolitan Industries 37 Forestwood Dr. Romeoville, IL 60446 | | 32,560.00 | NA | NA | 0.00 |
| Multiple Concrete Accessories Corp. 20294 N. Rand Rd. Palatine, IL 60074 | | 0.00 | NA | NA | 0.00 |
| Nadig Newspapers 4937 N. Milwaukee Ave. Chicago, IL 60630 | | 0.00 | NA | NA | 0.00 |
| Nancy Fregin PO Box 1326 Palatine, IL 60078 | | 1,800.00 | NA | NA | 0.00 |
| National Automatic Sprinkler Industry 8000 Corporate Drive Landover, MD 20785 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| National Plumbing & Heating Supply Co. 5740 N. Tripp Ave. Chicago, IL 60646 | | 51,398.21 | NA | NA | 0.00 |
| Offenloch Mechanicaal Inc. 4010 N. Nashville Ave. Chicago, IL 60634 | | 130.00 | NA | NA | 0.00 |
| Peoples Energy Peoples Gas 130 E. Randolph Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| Porter Pipe & Supply 35049 Eagle Way Chicago, IL 60678 | | 4,561.65 | NA | NA | 0.00 |
| Precision Control Systems Of Chicago 650 Wheat Lane Wood Dale, IL 60191 | | 131,338.65 | NA | NA | 0.00 |
| Premium Financing Specialists 455 S. 4th St., Starks Building Louisville, KY 40202 | | 1,683.00 | NA | NA | 0.00 |
| Quill PO Box 94061 Palatine, IL 60094 | | 176.52 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RKD Construction Supplies & Equipment<br>11633 W. Grand Ave<br>Northlake, IL 60184 | | 2,255.00 | NA | NA | 0.00 |
| Rockford Industrial Supply<br>PO Box 5404<br>Rockford, IL 61125 | | 243.00 | NA | NA | 0.00 |
| SBC<br>P.O. Box 5072<br>Saginaw, MI 48605 | | 150.00 | NA | NA | 0.00 |
| Temperature Equipment Corporation<br>17725 Volbrecht Rd.<br>Lansing, IL 60438 | | 347,192.58 | NA | NA | 0.00 |
| Theresa Johnson<br>200 E. Chicago, Suite 200<br>Westmont, IL 60559 | | 800.00 | NA | NA | 0.00 |
| Trane<br>3600 Pammel Creek Rd.<br>La Crosse, WI 54601 | | 18,420.11 | NA | NA | 0.00 |
| Tyco Fire Products<br>PO Box 371157<br>Pittsburgh, PA 15251 | | 847.12 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United Parcel Service<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | | 0.00 | NA | NA | 0.00 |
| Vesco<br>940 N. Addison<br>Elmhurst, IL 60126 | | 3,703.00 | NA | NA | 0.00 |
| Webster Sheet Metal Fabricators Inc.<br>C/O Mayer, Brown, Rowe & Maw<br>71 S. Wacker Dr.<br>Chicago, IL 60606 | | 84,145.30 | NA | NA | 0.00 |
| Westside Mechanical, Inc.<br>2007 Corporate Lane<br>Naperville, IL 60563 | | 229,541.42 | NA | NA | 0.00 |
| Wilco Distributing Co.<br>1501 N. Kingsbury<br>Chicago, IL 60622 | | 32,914.44 | NA | NA | 0.00 |
| York International Co.<br>Unitary Products Group<br>PO Box 601390<br>Charlotte, NC 28260-1390 | | 1,459.87 | NA | NA | 0.00 |
| Zonatherm<br>251 Holbrook<br>Wheeling, IL 60050 | | 80,830.71 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zurich 3072 Paysphere Circle Chicago, IL 60674 | | 554,452.55 | NA | NA | 0.00 |
| CHARLES LOCKER | 7100-000 | NA | 6,451.89 | 6,451.89 | 0.00 |
| CONSTRUCTION INDUSTRY ADVANCEMENT P | 7100-000 | NA | 58.46 | 58.46 | 0.00 |
| DEPARTMENT OF THE TREASURY-INTERNAL | 7100-000 | NA | 67,177.78 | 67,177.78 | 0.00 |
| DEPARTMENT OF THE TREASURY-INTERNAL | 7100-000 | NA | 67,177.78 | 67,177.78 | 0.00 |
| FEDERAL EXPRESS CORPORATION | 7100-000 | NA | 543.42 | 543.42 | 0.00 |
| FIRST BANK & TRUST OF EVANSTON | 7100-000 | NA | 7,428.39 | 7,428.39 | 0.00 |
| FULLERTON INDUSTRIAL SUPPLY, INC | 7100-000 | NA | 2,353.98 | 2,353.98 | 0.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 377.00 | 377.00 | 0.00 |
| ILLINOIS NATIONAL INSURANCE COMPANY | 7100-000 | NA | 2,528.00 | 2,528.00 | 0.00 |
| IRON WORKERS" MID-AMERICA PENSION | 7100-000 | NA | 47,997.29 | 47,997.29 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IRONWORKER MANAGEMENT PROGRESSIVE A | 7100-000 | NA | 305.82 | 305.82 | 0.00 |
| JAMES M. LEATHERMAN | 7100-000 | NA | 1,080.00 | 1,080.00 | 0.00 |
| LABORERS" PENSION AND WELFARE FUND | 7100-000 | NA | 4,548.07 | 4,548.07 | 0.00 |
| MARK M. ESCH | 7100-000 | NA | 360.00 | 360.00 | 0.00 |
| NATIONAL AUTO SPINKLER INDUSTRY PEN | 7100-000 | NA | 1,486.16 | 1,486.16 | 0.00 |
| NORTHERN INSURANCE AKA MARYLAND CAS | 7100-000 | NA | 554,452.55 | 554,452.55 | 0.00 |
| PLUMBERS" PENSION FUND, LOCAL 130, | 7100-000 | NA | 4,818.15 | 4,818.15 | 0.00 |
| QUILL | 7100-000 | NA | 176.52 | 176.52 | 0.00 |
| ROCKFORD INDUSTRIAL SUPPLY | 7100-000 | NA | 1,973.89 | 1,973.89 | 0.00 |
| S K CULVER COMPANY | 7100-000 | NA | 13,944.58 | 13,944.58 | 0.00 |
| SHEET METAL WORKERS LOCAL 73 | 7100-000 | NA | 17,323.14 | 17,323.14 | 0.00 |
| SHEET METAL WORKERS LOCAL 73 | 7100-000 | NA | 17,323.14 | 17,323.14 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SIS DEFINED CONTRIBUTION PENSION FU | 7100-000 | NA | 480.08 | 480.08 | 0.00 |
| SJOSTROM & SONS, INC. | 7100-000 | NA | 259.95 | 259.95 | 0.00 |
| SJOSTROM & SONS, INC. | 7100-000 | NA | 6,276.27 | 6,276.27 | 0.00 |
| SJOSTROM & SONS, INC. | 7100-000 | NA | 7,255.32 | 7,255.32 | 0.00 |
| SJOSTROM & SONS, INC. | 7100-000 | NA | 841.08 | 841.08 | 0.00 |
| SJOSTROM & SONS, INC. | 7100-000 | NA | 11,118.16 | 11,118.16 | 0.00 |
| SJOSTROM & SONS, INC. | 7100-000 | NA | 4,786.08 | 4,786.08 | 0.00 |
| STRUCTURAL IRON WORKERS LOCAL UNION | 7100-000 | NA | 66,346.46 | 66,346.46 | 0.00 |
| STRUCTURAL IRON WORKERS LOCAL UNION | 7100-000 | NA | 141,406.66 | 141,406.66 | 0.00 |
| WEBSTER SHEET METAL FABRICATORS INC | 7100-000 | NA | 85,145.30 | 85,145.30 | 0.00 |
| WESTSIDE MECHANICAL, INC. | 7100-000 | NA | 229,541.42 | 229,541.42 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 2,220,107.81 | $ 1,373,342.79 | $ 1,373,342.79 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

Case No:        06-00907      ERW   Judge: Eugene R. Wedoff
Case Name:    JADCO RESEARCH & ENGINEERING, INC.

For Period Ending: 02/15/10

Trustee Name:                      Frances Gecker
Date Filed (f) or Converted (c):   02/02/06 (f)
341(a) Meeting Date:               03/27/06
Claims Bar Date:                   06/22/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNT - American Charter Checking | 100.00 | 100.00 | | 798.05 | FA |
| 2. BANK ACCOUNT - Charter One Bank Checking | 6,000.00 | 6,728.25 | | 6,728.25 | FA |
| 3. BANK ACCOUNT - Chase Bank - Checking | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. COMPANY EQUIPMENT - 1995 Computer | 0.00 | 0.00 | OA | 0.00 | FA |
| 5. COMPANY EQUIPMENT | 500.00 | Unknown | OA | 0.00 | FA |
| 6. COMPANY EQUIPMENT | 200.00 | 200.00 | OA | 0.00 | FA |
| 7. COMPANY EQUIPMENT | 300.00 | 300.00 | OA | 0.00 | FA |
| 8. COMPANY EQUIPMENT | 2,600.00 | 2,600.00 | OA | 0.00 | FA |
| 9. COMPANY EQUIPMENT | 200.00 | 200.00 | OA | 0.00 | FA |
| 10. CONTINGENT CLAIMS Claim against Sherrie K and Castle Construction for problems on Chicago State University job. | Unknown | 0.00 | DA | 0.00 | FA |
| 11. CONTINGENT CLAIMS Counterclaim against Stutz plumbing, estimate of damages, undiscounted for liability or collectibility | 60,000.00 | 60,000.00 | DA | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (9/1/2009) (Page: 21)

Ver: 15 06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:  2

Exhibit 8

| | |
|---|---|
| Case No: | 06-00907    ERW    Judge: Eugene R. Wedoff |
| Case Name: | JADCO RESEARCH & ENGINEERING, INC. |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 02/02/06 (f) |
| 341(a) Meeting Date: | 03/27/06 |
| Claims Bar Date: | 06/22/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. CONTINGENT CLAIMS  Estimated markup payments due from Hostmasters | 500.00 | 500.00 | DA | 0.00 | FA |
| 13. CONTINGENT CLAIMS  Estimated payments due from Great Lake Plumbing, amount represents 5% markup of gross purchases. | 1,000.00 | 1,000.00 | | 63,868.94 | FA |
| 14. CONTINGENT CLAIMS  Payment due from Northwoods, amount is estimated 3% markup of gross purchases. | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 15. CONTINGENT CLAIMS  Payments due from Ersco, additional $18,000 payable for Steel purchase. | 576.00 | 576.00 | DA | 0.00 | FA |
| 16. CONTINGENT CLAIMS  Payments due from Sjostrom & Sons, Winebago Justice Center Construction, subject to set off for possible equivalent wage and union benefit claims. | 195,000.00 | 195,000.00 | DA | 0.00 | FA |
| 17. VEHICLES  2003 Chevy Impala | 8,000.00 | 1.00 | DA | 0.00 | FA |
| 18. VEHICLES  2003 GMC Pickup | 8,000.00 | 1.00 | DA | 0.00 | FA |
| | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    3

Exhibit 8

| Case No: | 06-00907   ERW   Judge: Eugene R. Wedoff |
| Case Name: | JADCO RESEARCH & ENGINEERING, INC. |

| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 02/02/06 (f) |
| 341(a) Meeting Date: | 03/27/06 |
| Claims Bar Date: | 06/22/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A | | 860.18 | Unknown |
| 20. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 21. TAX REFUNDS (u) | Unknown | 1,425.00 | | 1,425.00 | FA |
| 22. GREAT LAKES & PLUMBING       Executory Contract - Schedule G | 0.00 | 0.00 | | 5,000.00 | FA |

Gross Value of Remaining Assets

$0.00

| TOTALS (Excluding Unknown Values) | $302,976.00 | $288,631.25 | | $78,680.42 | |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action.

THE TRUSTEE WILL SUBMIT A FINAL ACCOUNT IN THIS CASE AND REQUEST THIS CASE TO BE CLOSED.

Initial Projected Date of Final Report (TFR): 12/28/07       Current Projected Date of Final Report (TFR): 03/01/09

    /s/    Frances Gecker
_____       Date: 02/15/10
    FRANCES GECKER

Ver: 15.06b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 06-00907 -ERW | |
| Case Name: | JADCO RESEARCH & ENGINEERING, INC. | |
| Taxpayer ID No: | 36-3019750 | |
| For Period Ending: | 02/15/10 | |

| | | |
|---|---|---|
| Trustee Name: | Frances Gecker | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******3477  MONEY MARKET | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/06 | 1 | American Chartered Bank<br>1199 E. Higgins Road<br>Schaumburg, IL  60173 | Debtor's Bank Account | 1129-000 | 798.05 | | 798.05 |
| * 02/22/06 | | Northwoods, Inc.<br>Mechanical Contractors Consultants<br>408 Center Road<br>Frankfort, IL  60423 | PAYMENT STOPPED | 1221-003 | 60,000.00 | | 60,798.05 |
| * 02/22/06 | | Northwoods, Inc.<br>Mechanical Contractors Consultants<br>408 Center Road<br>Frankfort, IL  60423 | PAYMENT STOPPED | 1221-003 | 2,889.00 | | 63,687.05 |
| * 02/22/06 | | Northwoods, Inc.<br>Mechanical Contractors Consultants<br>408 Center Road<br>Frankfort, IL  60423 | PAYMENT STOPPED | 1221-003 | 5,241.00 | | 68,928.05 |
| 02/28/06 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 0.15 | | 68,928.20 |
| * 03/14/06 | | Northwoods, Inc.<br>Mechanical Contractors Consultants<br>408 Center Road<br>Frankfort, IL  60423 | REVERSED<br>Northwoods cancelled checks when they heard of<br>bankruptcy filing. | 1221-003 | -60,000.00 | | 8,928.20 |
| * 03/14/06 | | Northwoods, Inc. | REVERSED | 1221-003 | -2,889.00 | | 6,039.20 |

Page Subtotals        6,039.20        0.00

Ver: 15.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

Case No:    06-00907 -ERW
Case Name:  JADCO RESEARCH & ENGINEERING, INC.

Taxpayer ID No:    36-3019750
For Period Ending:  02/15/10

Trustee Name:    Frances Gecker
Bank Name:    BANK OF AMERICA
Account Number / CD #:    *******3477  MONEY MARKET

Blanket Bond (per case limit):    $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Mechanical Contractors Consultants 408 Center Road Frankfort, IL 60423 | Northwoods, Inc. cancelled checks when they heard of bankruptcy filing. | | | | |
| * 03/14/06 | | Northwoods, Inc. Mechanical Contractors Consultants 408 Center Road Frankfort, IL 60423 | REVERSED Northwoods, Inc. cancelled checks once they heard of bankruptcy filing. | 1221-003 | -5,241.00 | | 798.20 |
| * 03/14/06 | | Ortiz Mechanical Contractors, Inc. 15343 S. 70th Court Orland Park, Illinois 60462 | STOPPED PAYMENT | 1221-003 | 1,000.00 | | 1,798.20 |
| 03/17/06 | 22 | Great Lakes Plumbing and Heating Company 4521 W. Diversey Avenue Chicago, Illinois 60639 | Settlement Order entered 3/15/06 | 1129-000 | 5,000.00 | | 6,798.20 |
| * 03/27/06 | | Ortiz Mechanical Contractors, Inc. 15343 S. 70th Court Orland Park, Illinois 60462 | REVERSED Check was returned by Bank on 3/22/06. | 1221-003 | -1,000.00 | | 5,798.20 |
| 03/31/06 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.14 | | 5,800.34 |
| 04/04/06 | 2 | Charter One (no address) | BANK ACCOUNT | 1129-000 | 6,728.25 | | 12,528.59 |
| 04/28/06 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 9.36 | | 12,537.95 |
| | | | Page Subtotals | | 6,498.75 | 0.00 | |

LFORM24
**UST Form 101-7-TDR (9/1/2009)** *(Page: 25)*

Ver 15.06b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 06-00907 -ERW |
| Case Name: | JADCO RESEARCH & ENGINEERING, INC. |
| Taxpayer ID No: | 36-3019750 |
| For Period Ending: | 02/15/10 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3477  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/06 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.66 | | 12,548.61 |
| 06/30/06 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.31 | | 12,558.92 |
| 07/31/06 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.67 | | 12,569.59 |
| 08/31/06 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.68 | | 12,580.27 |
| 09/29/06 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.34 | | 12,590.61 |
| 10/31/06 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.70 | | 12,601.31 |
| 11/30/06 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.36 | | 12,611.67 |
| 12/11/06 | 21 | Department of Revenue State of Illinois | TAX REFUNDS | 1224-000 | 1,425.00 | | 14,036.67 |
| 12/29/06 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.40 | | 14,048.07 |
| 01/31/07 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.94 | | 14,060.01 |
| 02/28/07 | 13 | Great Lakes Plumbing and Heating Company 4521 W. Diversey Avenue Chicago, IL  60639 | Agreed Turnover Order 2/20/07 | 1129-000 | 63,868.94 | | 77,928.95 |
| 02/28/07 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.79 | | 77,939.74 |
| 03/21/07 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 500 | Bond Payments | 2300-000 | | 70.13 | 77,869.61 |
| | | | | Page Subtotals | 65,401.79 | 70.13 | |

Ver: 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 26)

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

Exhibit 9

| Case No: | 06-00907 -ERW | Trustee Name: | Frances Gecker |
| Case Name: | JADCO RESEARCH & ENGINEERING, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3477  MONEY MARKET |
| Taxpayer ID No: | 36-3019750 | | |
| For Period Ending: | 02/15/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 203 Carondelet Street New Orleans, LA  70130 | | | | | |
| 03/29/07 | 001001 | Advantage Payroll Services 4300 Weaver Parkway Warrenville, IL  60555 Attn:  Eric Miller | Admin Fee for W-2s for 2006 Processing Fee for W-2s for 2006 pursuant to Bankruptcy Rule 2002(a)(6). | 2990-000 | | 996.00 | 76,873.61 |
| 03/30/07 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 59.08 | | 76,932.69 |
| 04/30/07 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 63.89 | | 76,996.58 |
| 05/31/07 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 65.39 | | 77,061.97 |
| 06/29/07 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 63.34 | | 77,125.31 |
| 07/31/07 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 65.50 | | 77,190.81 |
| 08/31/07 | 19 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 65.56 | | 77,256.37 |
| 09/28/07 | 19 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 49.21 | | 77,305.58 |
| 10/31/07 | 19 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 49.25 | | 77,354.83 |
| 11/30/07 | 19 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 41.33 | | 77,396.16 |
| 12/31/07 | 19 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 37.00 | | 77,433.16 |
| 01/31/08 | 19 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 30.68 | | 77,463.84 |
| | | | Page Subtotals | | 590.23 | 996.00 | |

UST Form 101-7-TDR (9/1/2009) (Page: 27)

Ver  15 06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| | | |
|---|---|---|
| Case No: | 06-00907 -ERW | |
| Case Name: | JADCO RESEARCH & ENGINEERING, INC. | |
| | | |
| Taxpayer ID No: | 36-3019750 | |
| For Period Ending: | 02/15/10 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3477  MONEY MARKET |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/05/08 | 001002 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | Blanket Bond Payment | 2300-000 | | 70.28 | 77,393.56 |
| 02/29/08 | 19 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 18.40 | | 77,411.96 |
| 03/31/08 | 19 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 18.30 | | 77,430.26 |
| 04/30/08 | 19 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 15.87 | | 77,446.13 |
| 05/30/08 | 19 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 9.83 | | 77,455.96 |
| 06/30/08 | 19 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 9.53 | | 77,465.49 |
| 07/31/08 | 19 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 11.96 | | 77,477.45 |
| 08/12/08 | 001003 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois  60610 | Pursuant to Order dated 8/12/08<br>First Interim Fee Application - Order dated 8/12/08<br><br>Fees          11,028.00<br>Expenses        151.09 | <br><br><br>3110-000<br>3120-000 | | 11,179.09 | 66,298.36<br><br><br>66,298.36<br>66,298.36 |
| 08/29/08 | 19 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 15.10 | | 66,313.46 |
| 09/30/08 | 19 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 13.59 | | 66,327.05 |

Page Subtotals          112.58          11,249.37

Ver: 15.06b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   6

Exhibit 9

Case No:          06-00907 -ERW
Case Name:        JADCO RESEARCH & ENGINEERING, INC.

Taxpayer ID No:   36-3019750
For Period Ending: 02/15/10

Trustee Name:            Frances Gecker
Bank Name:               BANK OF AMERICA
Account Number / CD #:   *******3477  MONEY MARKET

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/31/08 | 19 | BANK OF AMERICA | Interest Rate  0.200 | 1270-000 | 12.05 | | 66,339.10 |
| 11/28/08 | 19 | BANK OF AMERICA | Interest Rate  0.200 | 1270-000 | 10.87 | | 66,349.97 |
| 12/31/08 | 19 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 6.68 | | 66,356.65 |
| 01/30/09 | 19 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 1.12 | | 66,357.77 |
| 02/27/09 | 19 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 1.02 | | 66,358.79 |
| 03/31/09 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.13 | | 66,359.92 |
| 04/30/09 | 19 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.73 | | 66,362.65 |
| 05/26/09 | 19 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 2.27 | | 66,364.92 |
| 05/26/09 | | Transfer to Acct #*******5366 | Final Posting Transfer | 9999-000 | | 66,364.92 | 0.00 |

|  | | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 78,680.42 | 78,680.42 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 66,364.92 | |
| Subtotal | | 78,680.42 | 12,315.50 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 78,680.42 | 12,315.50 | |

Page Subtotals            37.87        66,364.92

Ver  15.06b

LFORM24   UST Form 101-7-TDR (9/1/2009) (Page: 29)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| | |
|---|---|
| Case No: | 06-00907 -ERW |
| Case Name: | JADCO RESEARCH & ENGINEERING, INC. |
| Taxpayer ID No: | 36-3019750 |
| For Period Ending: | 02/15/10 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5366  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/26/09 | | Transfer from Acct #*******3477 | Transfer In From MMA Account | 9999-000 | 66,364.92 | | 66,364.92 |
| 06/25/09 | 001000 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60610 | Chapter 7 Compensation/Fees | 2100-000 | | 7,183.77 | 59,181.15 |
| 06/25/09 | 001001 | FRANK/GECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois  60654 | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,255.69 | 55,925.46 |
| 06/25/09 | 001002 | ALAN D. LASKO & ASSOCIATES, P.C. 29 S. LASALLE STREET SUITE 1240 CHICAGO, IL 60603 | Accountant for Trustee Fees (Other | | | 3,431.76 | 52,493.70 |
| | | | Fees          3,379.10 | 3410-000 | | | 52,493.70 |
| | | | Expenses        52.66 | 3420-000 | | | 52,493.70 |
| * 06/25/09 | 001003 | JPMorgan Chase Bank NA 1820 E Sky Harbor Cir South Phoenix, AZ 85034 | Claim 000004, Payment 52% | 4110-004 | | 52,493.70 | 0.00 |
| * 08/27/09 | 001003 | JPMorgan Chase Bank NA 1820 E Sky Harbor Cir South Phoenix, AZ 85034 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 4110-004 | | -52,493.70 | 52,493.70 |
| | | | | | | | |
| | | | Page Subtotals | | 66,364.92 | 13,871.22 | |

UST Form 101-7-TDR (9/1/2009) *(Page: 30)*

Ver  15.06b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

Exhibit 9

Case No:          06-00907 -ERW
Case Name:        JADCO RESEARCH & ENGINEERING, INC.

Taxpayer ID No:   36-3019750
For Period Ending: 02/15/10

Trustee Name:         Frances Gecker
Bank Name:            BANK OF AMERICA
Account Number / CD #:   *******5366  GENERAL CHECKING

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/28/09 | 001004 | JPMorgan Chase Bank NA Attn: Shari Bumgarden Code: AZ1-1004 201 N. Central Avenue, Floor 7 Phoenix, AZ 85004 | Claim 000004, Payment 52% Account No. 200 200 4503 7154 4001 | 4110-000 | | 52,493 70 | 0.00 |

|  | COLUMN TOTALS | 66,364.92 | 66,364.92 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 66,364.92 | 0.00 | |
|  | Subtotal | 0.00 | 66,364.92 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 66,364.92 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******3477 | 78,680.42 | 12,315.50 | 0.00 |
| GENERAL CHECKING - *******5366 | 0.00 | 66,364.92 | 0.00 |
| | 78,680.42 | 78,680.42 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

/s/    Frances Gecker

Trustee's Signature: _____  Date: _____
                     FRANCES GECKER

Page Subtotals          0.00          52,493 70

Ver 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 31)